(Official Form 1) (9/01)

| FORM B1 | United States Bankruptcy Court<br>Northern _____ District of _ Illinois, E. Div. _ | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Silvo Hardware Company | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>Silvo Home<br>Silvo Home & Garden | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Soc. Sec./Tax I.D. No. (if more than one, state all):<br>36-3147625 | Soc. Sec./Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>3201 Tollview Dr.<br>Rolling Meadows, IL 60008 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:   Cook | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above):<br>    (not related to Debtor) | Filltek Fulfillment Technologies, LLC<br>5389 E. Provident Dr.<br>Cincinnati, OH 45246 |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) | | |
|---|---|---|---|---|
| ☐ Individual(s) | ☐ Railroad | ☐ Chapter 7 | ☒ Chapter 11 | ☐ Chapter 13 |
| ☒ Corporation | ☐ Stockbroker | ☐ Chapter 9 | ☐ Chapter 12 | |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding | | |
| ☐ Other _____ | | | | |

| **Nature of Debts** (Check one box) | **Filing Fee** (Check one box) |
|---|---|
| ☐ Consumer/Non-Business   ☒ Business | ☒ Full Filing Fee attached |
| **Chapter 11 Small Business** (Check all boxes that apply) | ☐ Filing Fee to be paid in installments (Applicable to individuals only). |
| ☒ Debtor is a small business as defined in 11 U.S.C. § 101 | Must attach signed application for the court's consideration |
| ☐ Debtor is and elects to be considered a small business under | certifying that the debtor is unable to pay fee except in installments. |
| 11 U.S.C. § 1121(e) (Optional) | Rule 1006(b). See Official Form No. 3. |

**Statistical/Administrative Information** (Estimates only)

☒ Debtor estimates that funds will be available for distribution to unsecured creditors.

☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☐ | |

| Estimated Assets | $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $ |
|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | |

| Estimated Debts | $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $ |
|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | |

U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 01/02/2004
Time: 13:07:38
Debtor: SILVO HARDWARE ACOMPANY
Case: 04-00038       Fee : 839
Chapter: 11 Rec. # : 3054076
Judge: Carol Doyle

1:04BK00038-BK001

(Official Form 1)(9/01)                                                                                                    FORM B1, Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Silvo Hardware Company |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

# Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Debtor

X _____
   Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

X _____
   Signature of Attorney for Debtor(s)
   Laurence H. Kallen
   Printed Name of Attorney for Debtor(s)
   Foster & Kallen
   Firm Name
   900 E. Jackson Blvd., #4E
   Address
   Chicago, IL 60607
   (312) 553-0400
   Telephone Number
   January 2, 2004
   Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Authorized Individual
   Stuart Zirin
   Printed Name of Authorized Individual
   President
   Title of Authorized Individual
   January 2, 2004
   Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
   Signature of Attorney for Debtor(s)          Date

**Exhibit C**
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
   Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Silvo Hardware Company, an Illinois corporation, | ) | |
| | ) | |
| Debtor | ) | |

## CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

NOTE:  All listed creditors are vendors of goods and/or services and are wholly unsecured.

| | | |
|---|---|---|
| The Dingley Press<br>119 Lisbon St.<br>Lisbon, ME 04250 | tel  207-353-4151<br>fax 207-353-9886 | $186,328.66 |
| Filltek Fulfillment Technologies<br>5389 E. Provident Dr.<br>Cincinnati, OH 45246 | tel  866-345-5835<br>or 513-346-3107 (President)<br>fax 513-346-3103 | $100,767.12 |
| United Parcel Service<br>2055 Army Trail Rd., Ste. 128<br>Addison, IL 60101 | tel  630-628-4474<br>fax 630-628-7695 | $40,439.55 |
| Dynamic Frames, Inc.<br>1724 Gramercy Ave.<br>Torrance, CA 90501 | tel  800-579-7191<br>fax 310-320-6289 | $20,985.99 |
| O'Donnell Industries<br>P.O. Box 8116<br>Greenville, SC 29605 | tel  800-635-9755<br>fax 864-295-2223 | $20,209.06 |
| Shower Solutions<br>3139 W. Holcombe, Ste. 635<br>Houston, TX 77025 | tel  713-221-3488<br>fax 713-669-8454 | $14,422.47 |
| Broilking Corp.<br>143 Colebrook River Rd.<br>Winsted, CT 06098 | tel  860-738-2200<br>fax 860-738-9904 | $14,241.00 |
| B & W Press<br>Junction Rte. 95 & 133<br>401 E. Main St.<br>Georgetown, MA 01833 | tel  978-352-6100<br>fax 978-352-5955 | $13,637.09 |

## Silvo Hardware Company – List of 20 Largest Unsecured Creditors, p. 2

| | | |
|---|---|---|
| CRK Computer Services<br>16250 Northland Ave., #012<br>Southfield, MI 48075 | tel  248-569-3050<br>fax 248-569-5259 | $13,634.64 |
| Roman, Inc.<br>555 Lawrence Ave.<br>Roselle, IL 60172 | tel  800-729-7662<br>fax 630-529-1121 | $11,680.38 |
| Cubbies Unlimited Corp.<br>74 N. Industry Ct.<br>Deer Park, NY 11729 | tel  800-282-2437<br>fax 631-254-0887 | $10,365.00 |
| Altura International<br>Bldg 1, Ste. 210<br>1 Lower Ragsdale Dr.<br>Monterrey, CA 93940 | tel  831-649-2489<br>fax 831-644-9283 | $9,723.11 |
| Polder, Inc.<br>P.O. Box 120207<br>Stamford, CT 06912 | tel  800-431-2133<br>fax 914-937-8297 | $9,276.31 |
| The Jensen Company Store<br>7800 Northwestern Ave.<br>Racine, WI 53406 | tel  800-654-1704<br>fax 262-886-8528 | $8,999.47 |
| Shop Vac Plant 3<br>P.O, Box 203131<br>Houston, TX 77216 | tel  570-326-0502<br>fax 570-326-7185 | $8,699.36 |
| Morning Industries<br>234 S. 5th Ave.<br>La Puente, CA 91746 | tel  800-355-0157<br>fax 626-369-0366 | $7,916.10 |

<u>Silvo Hardware Company – List of 20 Largest Unsecured Creditors, p.3</u>

| | | |
|---|---|---|
| Solar Stat Int'l, Inc.<br>978 Washington Lake<br>Rydal, PA 19046 | tel 800-783-0454<br>fax 305-652-0632 | $7,675.07 |
| Chef's Planet, LLC<br>8485 E. McDonald Dr., #A-10<br>Scottsdale, AZ 85250 | tel 602-906-3600<br>fax 602-906-3603 | $7,225.00 |
| World Factory<br>280 Commerce St.<br>Southlake, TX 76092 | tel 888-422-7800<br>fax 817-421-6199 | $6,244.51 |
| Contico Mfg.<br>P.O. Box 952150<br>St. Louis, MO 63195 | 800-831-7077<br>847-676-0838 | $6,190.00 |

B 203
(12/94)

# United States Bankruptcy Court

Northern        **District Of**   Illinois, E.Div.

**In re**

Silvo Hardware Company               Case No. _____

**Debtor**                                Chapter   11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept . . . . . . . . . . . as a retainer . . . . . . . . . . . . . . . $ 15,000

   Prior to the filing of this statement I have received . . . . as a retainer . . . . . . . . . . . . . . . . . $ 15,000

   Balance Due . . . . . . . . as a retainer . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ -0-

2. The source of the compensation paid to me was:

   ☒ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☒ Debtor          ☐ Other (specify)

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Silvo Hardware Company, an Illinois corporation, | ) | |
| | ) | |
| Debtor | ) | |

## LIST OF ALL KNOWN CREDITORS

American United Bank
ATTN: John Schraidt
321 W. Golf Rd.
Schaumburg, IL 60195

(additional creditors are listed on attached sheets)

SOLUTION SYSTEMS
3201 TOLLVIEW DRIVE
ROLLING MEADOWS   IL 60008


5 STAR CONSTRUCTION
1802 N. SHEFFIELD
CHICAGO   IL 60614


AAA SAW AND TOOL SUPPLY
1401 W. WASHINGTON BLVD.
CHICAGO   IL 60607


AAA EMPLOYMENT INC.
800 E. NORTHWEST HWY.
SUITE 103
MT. PROSPECT   IL 60056


ADD-A-MOTOR, INC.
15821 E. JERICHO DRIVE
FOUNTAIN HILLS   AZ 85268


ABBACUS INCORPORATED
1248 SHAPPERT DR
MACHENSNEY PARK   IL 61115


ABACUS DIRECT CORPORATION
P.O. BOX 7247-7674
PHILADELPHIA   PA 19170-7674


ABF FREIGHT SYSTEM INC
1075 CHADDICK DR
WHEELING   IL 60090


ABO GEAR
P.O. BOX 33245
DECATUR   GA 30033


BICYCLE RACK/ABS
683 RT 33 & AIRPORT RD
HIGHTSTOWN   NJ 08520


ABSOCOLD CORP

PO BOX 663755
INDIANAPOLIS  IN 46266


ABSORBENTS, INC.
15023 N. 73RD STREET SUITE 103
SCOTTSDALE  AZ 85260


ACCURATE PERSONNEL/TEMPORARIES
16 NORTH ROSELLE ROAD
SCHAUMBURG  IL 60194


ACCIDENT FUND COMPANY
PO BOX 77000 DEPT 77125
DETROIT  MI 48277-0125


ACCUSET TOOL CO INC
PO BOX 1088
TROY  MI 48099


ACURITE / CHANEY INSTRUMENT CO
PO BOX 70
965 WELLS STREET
LAKE GENEVA  WI 53147


SOUTH LOOP ACE HARDWARE
725 S. STATE STREET
CHICAGO  IL 60605


NHS
75 REMITTANCE DR.
SUITE 1347
CHICAGO  IL 60675


ACE MW
P.O. BOX 1486
CARY  NC 27512


ACG/COMPUTECH DIRECT
1000 EAST WOODFIELD ROAD
SCHAUMBURG  IL 60173


ACME INTERNATIONAL
1006 CHANCELLOR AVENUE

MAPLEWOOD  NJ 07040


ACORN
P.O. BOX 710188
CINCINNATI  OH 45271-0188


AMERICAN CREATIVE PRODUCTS INC
10883 KINROSS AVENUE, SUITE B
LOS ANGELES  CA 90024


ACT 3
2012 FARRINGTON
DALLAS  TX 75207


ACTION LIGHTING, INC.
ACCT# 18140
P.O. BOX 6428
BOZEMAN  MT 59715


ACTIVE PRODUCTS, INC.
1220 GRAPHITE DRIVE
CORONA  CA 92881


ACCUSET TOOL CO., INC.
P.O. BOX 1088
TROY  MI 49099


ACXIOM DIRECT MEDIA
P.O. BOX 4565
GREENWICH  CT 06830


ADAMS MFG. CORP.
P.O. BOX 587
NEW CASTLE  PA 16103-0587


ADAM BEAKE
1401 N. RIVER RD.
MCHENRY  IL 60050


THE ADAMS COMPANY
100 EAST FOURTH STREET
P.O. BOX 268

DUBUQUE   IA 52004-0268


ADJUSTABLE CLAMP CO
PO BOX 70502
CHICAGO   IL 60673-0502


ADESSO
21 PENN PLAZA, SUITE 1001
NEW YORK  NY 10001


ADDED SALES COMPANY
1875 GREENLEAF
ELK GROVE VILLAGE   IL 60007


ADDICO PRODUCTS INC.
PO BOX 51578
LOS ANGELES  CA 90051-5878


ADOBEAIR, INC.
500 S. 15TH STREET
PHOENIX  AZ 85034


ADROIT MARKETING INTERNATIONAL
1101 W END BLVD
WINSTON-SALEM  NC 27101


ADVANCE WATCH COMPANY LTD.
PO BOX 633953
CINCINNATI  OH 45263-3956


ADVANCE TIL PAYDAY
39 S. NORTHWEST HWY.
PALATINE  IL 60067


ADVANCED POWER TECHNOLOGIES
AMERICAN GARDNER
3400 CORPORATE WAY    SUITE C
DULUTH  GA 30096


ADVANCED MATRIX TECHNOLOGY
747 CALLE PLANO
CAMARILLO  CA 93012

ADVANCE TRANSPORTATION CO
PO BOX 719
MILWAUKEE  WI 53201-0719


AEGIS HOLDINGS LTD.
11601 BISCAYNE BLVD.
MIAMI  FL 33181


AEOLUS DOWN, INC.
16175 STEPHENS ST.
CITY OF INDUSTRY  CA 91744


AERO PRODUCTS INTERNATIONAL
135 SOUTH LASALLE STREET
PO BOX 6316
CHICAGO  IL 60674-6316


AERO-TECH LIGHT BULB CO.
P.O. BOX 92170
ELK GROVE  IL 60009


AMERICAN FREIGHTWAYS
4103 COLLECTIONS CENTER DRIVE
CHICAGO  IL 60693


AFFINITY PRODUCTS
941 ALHAMBRA AVE
MARTINEZ  CA 94553


AIRBORNE EXPRESS
P.O. BOX 91001
SEATTLE  WA 98111


AISENSTEIN & GORDON, INC.
P.O. BOX 13700-1256
PHILADELPHIA  PA 19191-1256


AKO ISMET
PO BOX 1303
FRANKLIN  TN 37065

AKRO-MILS INC.
P.O. BOX 74030-S
CLEVELAND  OH 44194


AMERICAN LIGHTING, INC.
7660 E. JEWELL AVE., #C
DENVER  CO 80231


ALBION ENGINEERING COMPANY
2080A WHEATSHEAF LANE
PHILADELPHIA  PA 19124


ARIZONA LIGHT CREATIONS, INC.
14435 NORTH 73RD STREET
SCOTTSDALE  AZ 85260


ALC S&H INDUSTRIES
5200 RICHMOND RD.
CLEVELAND  OH 44146


ALDEN PRESS
2000 ARTHUR AVENUE
ELK GROVE VILLAGE  IL 60007-6071


ALERT SYSTEMS INC.
38 BUTLER ST.
COS COB  CT 06807


ALGOMA NET COMPANY
PO BOX 64799
LOS ANGELES  CA 90064-0799


ALIRT ADVANCED TECH PRODUCTS
PO BOX 48021
1881 YONGE STREET
TORONTO  ON M4S3C-6


ALLIED INTERNATIONAL
P.O. BOX 531608
ATLANTA  GA 30353-1608

ALLEGRA PRINT & IMAGING
3105 TOLLVIEW DRIVE
ROLLING MEADOWS  IL 60008


ALL USA, INC.
2000 S. 25TH AVENUE SUITE N
BROADVIEW  IL 60153


AMERICAN LAWN MOWER COMPANY
P.O. BOX 2505
MUNCIE  IN 47307-0505


ALMO FULFILLMENT
9875 ROOSEVELT BLVD
PHILADELPHIA  PA 19114


ALLIED SALES & MARKETING
1000 BROWN ST UNIT 114
WAUCONDA  IL 60084


ALSTOS
P.O. BOX 1267
GALESBURG  IL 61402-1267


EMESS DESIGN GRP/ALSY LIGHTING
PO BOX 951241
CLEVELAND  OH 44193


ALTPRO, INC.
P.O. BOX 36188
RICHMOND  VA 23235


ALUMIN-NU CORPORATION
P.O.BOX 24359
LYNDHURST  OH 44124


ALVAN MOTOR FREIGHT
3600 ALVAN ROAD
KALAMAZOO  MI 49001


AMERICAN WEST WORLDWIDE EXPRES

1326 TAMSON
CAMBRIA  CA 93428


AMERICASH LOANS
1488 MINER ST.
DES PLAINES  IL 60016


AMCO CORPORATION
P.O. BOX 98381
CHICAGO  IL 60693


MOUSERUG.COM
DEPT. #821
DENVER  CO 80291-0821


AMERICA WARE
15401 S. FIGUEROA STREET
GARDENA  CA 90248


AMERICAN CLAMPING CO.
P.O. BOX 399
BATAVIA  NY 14021


AMERITECH
BILL PAYMENT CENTER
CHICAGO  IL 60663-0001


AMERICAN HARVEST
NW #8551
PO BOX 1450
MINNEAPOLIS  MN 55485-8551


AMERIPHONE
12082 WESTERN AVE
GARDEN GROVE  CA 92641


AMERICAN I R TECHNOLOGIES, INC
RIVIERA FINANCE
P.O. BOX 100305
PASADENA  CA 91189-0305


AMERITRADE INTERNATIONAL INC.
BRICK CLIP

1035 E. ALPINE DRIVE
ALPINE  UT 84004

AMERICAN LIST COUNSEL, INC.
P.O. BOX 32189
HARTFORD  CT 06150-2189

AMERICAN TECHNOLOGIES NETWORK
20 S. LINDEN ST.
SUITE B1
S. SAN FRANCISCO  CA 94080

AMERICAN FREIGHTWAYS
2200 FORWARD DRIVE
HARRISON  AR 72601-2004

POWERQWEST, INC.
3400 CORPORATE WAY SUITE C
DULUTH  GA 30096

AMERICAN LIGHTING,INC.
7660 N JEWELL AVE., #C
DENVER  CO 80231

QMM PRODUCTS, INC.
1720 REDWOOD AVE. SUITE F
GRANTS PASS  OR 97527

AMERICAN MANUFACTURING, INC.
10500 GLENHAVEN DR.
SILVER SPRING  MD 20902

THE WIREMOLD COMPANY
60 WOODLAWN STREET
WEST HARTFORD  CT 06133-2500

FISKARS CONSUMER PRODUCTS INC
P.O. BOX 642154
PITTSBURGH  PA 15264-2154

AMERICAN PETRONICS
351 E. STATE RD 434
WINTER SPRINGS   FL 32708


AMERICAN POOLS AND FOUNTAINS
CIT GROUP/COMMERCIAL SERVICES
PO BOX 1036
CHARLOTTE   NC 28201-1036


WIRELESS XCESSORIES GROUP,INC.
1840 COUNTY LINE ROAD
HUNTINGDON VALLEY   PA 19006


AMERICAN WATER BROOM
3565 MCCALL PL.
ATLANTA   GA 30340


AMY REED
250 E. MAIN ST., SUITE 209
GALESBURG   IL 61401


ANCIENT GRAFFITI
52 SEYMOUR STREET
MIDDLEBURY   VT 05753


ANDROCK HARDWARE CORPORATION
711 NINETEENTH ST.
ROCKFORD   IL 61104-3434


ANDERSEN CO
PO BOX 1327
DALTON   GA 30722


A.N. DERINGER, INC.
P.O. BOX 1324
WILLISTON   VT 05495


ANDIS COMPANY
BOX 88819
MILWAUKEE   WI 53288-0819

ANEX USA PRODUCTS, INC.
6520 PLATT AVENUE #804
WEST HILLS   CA 91307


ANR FREIGHT SYSTEM INC
PO BOX 173733
DENVER   CO 80217-3733


ANGEL SALES INC.
ACCOUNTS RECEIVABLE
1800 WEST LARCHMONT
CHICAGO   IL 60613


ANGELA KRIEPKE
534 SEQUIA TRAIL
ROSELLE   IL 60172


ANGEL-GUARD PRODUCTS, INC.
70 JAMES STREET SUITE 226
WORCESTER   MA 01603-1000


ANGEL VILLAGOMEZ
530 SHADEYWOOD DR.
ELK GROVE VILLAGE   IL 60007


ANI MATE INC.
1300 S. FRAZIER
SUITE 303
CONROE   TX 77301-4412


KENT H. LANDSBERG
ANLE PAPER DIVISION
7621 COLLECTION CENTER DR.
CHICAGO   IL 60693


CIT GROUP
ANNETTE WILLIAMS BY POMEROY
P.O. BOX 1036
CHARLOTTE   NC 28201


ANR ADVANCE TRANSPORTATION
BOX 88311
MILWAUKEE   WI 53228-0311

APA TRANSPORT
PO BOX 831
NORTH BERGEN  NJ 07047


APACHE MILLS, INC
141 WEDGEWOOD DR
BARRINGTON  IL 60010-4923


APOLLO EXPORTS INTERNATIONAL
525 HIGHLAND ROAD WEST, #101
KITCHENER, ONTARIO
CANADA N2M-5P4


APPLIANCE SCIENCE CORPORATION
P.O. BOX 566
SOUTHPORT  CT 06490-0566


APPLE IMPORTS
1245-B DOOLITTLE DRIVE
SAN LEANDRO  CA 94577


APPLIED GRAPHICS TECHNOLOGIES
P.O. BOX 94178
CHICAGO  IL 60690


HOME WORKS INC
GMAC COMMERCIAL CREDIT, LLC
PO BOX 19362
NEWARK  NJ 07195-0352


AQUATIC GARDENS & KOI CO.
ROUTE 537, P.O. BOX 57
JOBSTOWN  NJ 08041


AQUAPORE MOISTURE SYSTEMS, INC
FISKARS INC.
BOX #78908
MILWAUKEE  WI 53278-0908


AQUA ART ENTERPRISES, INC.
2825 BUSINESS CENTER BLVD
#A-7
MELBOURNE  FL 32940

AQUA GOLF
DEAN PEABODY
PO BOX 106
TAYLORVILLE   IL 62568


AQUA PRODUCTS, INC.
280 GROVE STREET
CEDAR GROVE   NJ 07009


AQUAPORT USA
125 W NAPERVILLE RD
WESTMONT   IL 60559


AQUA PLUMBER
5515 N. SERVICE RD.
3RD FLOOR
BURLINGTON   ON   L7L-6G4


ARBOR HILL MANUFACTURING CO.
P.O. BOX 1552
MANSFIELD   TX 76063-1552


ARCOA INDUSTRIES
130 BOSSTICK BOULEVARD
SAN MARCOS   CA 92069


ARCHITECTURAL PRODUCTS
P.O. BOX 347
WOOD RIDGE   NJ 07075


ARCHCRAFTERS
2850 BOWERS AVENUE
SANTA CLARA   CA 95051


ARCHITEC/PLASTEC
350 SE 1ST STREET
DELRAY BEACH   FL 33483


ARCMATE MANUFACTURING CORP.

637 S. VINEWOOD ST.
ESCONDIDO  CA 92029


ARCO PRODUCTS CORP.
110 WEST SHEFFIELD AVE.
ENGLEWOOD  NJ 07631


ARGEE CORPORATION
9550 PATH WAY ST.
SAN TEE  CA 92071


ARISTO USA
137 5TH AVENUE 9TH FLOOR
NEW YORK  NY 10010


ARISTA ENTERPRISES, INC.
125 COMMERCE DRIVE
HAUPPAUGE  NY 11788


ARISTO HOME & GARDEN
1301 METROPOLITAN AVE.
W. DEPTFORD  NJ 08086


ORBIT IRRIGATION PRODUCTS, INC
P.O. BOX 328
BOUNTIFUL  UT 84011-0328


ARKON RESOURCES INC.
20 LA PORTE ST.
ARCADIA  CA 91006


HOMEMAKER INDUSTRIES, INC.
CAPITAL FACTORS, ACCT #99721
P.O. BOX 628067
ORLANDO  FL 32862-8067


ARMANDO GARCIA
105 E. VIEW AVE.
BENSENVILLE  IL 60106


AROMA HOUSEWARES COMPANY
6469 FLANDERS DR.

SAN DIEGO  CA 92121-4104


ARROW FASTENER COMPANY,INC.,
271 MAYHILL ST.
SADDLE BROOK  NJ 07662


ARROW PRODUCTS, INC.
PO BOX 599
KENOSHA  WI 53141-0599


ARTWIRE CREATIONS
7025 CAMDEN AVENUE
PENNSAUKEN  NJ 08110


ARVEY PAPER & OFFICE PRODUCTS
P.O. BOX 18453
CHICAGO  IL 60618-0453


ASPEN BAY COMPANY
PO BOX 1413
1010 LYNN LANE
STARKVILLE  MS 39760-1413


AMERICAN SIGN SHOPS
3461 N. CLARK STREET
CHICAGO  IL 60657


ASSOCIATED TECHNOLOGY
1301 ENTERPRISE WAY #43 2ND FL
MARION  IL 62959


AT&T
P.O. BOX 8105
FOX VALLEY  IL 60598-8105


AMERICAN TECHNOLOGY CORP.
13114 EVENING CREEK DR. S.
SAN DIEGO  CA 92128


ATLANTIC, INC.
REPUBLIC BUSINESS CREDIT CORP.
P.O. BOX 7777-W8720

PHILADELPHIA  PA 19175


ATLANTIC HORIZON INTERNATIONAL
305 MADISON AVENUE SUITE #1327
NEW YORK  NY 10165


ATLAS MINERALS & CHEMICALS
P.O. BOX 8500-6975
PHILADELPHIA  PA 19178-6975


AT&T
P.O. BOX 7875
CHICAGO  IL 60680-7875


AT&T
PO BOX 27-680
KANSAS CITY  MO 64180-0680


AT&T UNIVERSAL CARD SERVICES
P.O. BOX 6911
THE LAKES  NV 88901-6911


ATTWOOD CORPORATION
75 REMITTANCE DR STE 1311
CHICAGO  IL 60675-1311


AUDIOVOX CORPORATION
P.O. BOX 18000
HAUPPAUGE  NY 11788-0800


MACMILLAN PUBLISHING
FIRST NATIONAL BANK OF CHICAGO
P.O. BOX 73848
CHICAGO  IL 60673-7848


AURA LAMP & LIGHTING
4525 W. GREENSHAW
CHICAGO  IL 60624


AURORA GARDENS
PO BOX 10758
HARRISBURG  PA 17105

AUSTIN INNOVATIONS INC.
2222 W. RUNDBERG LANE
SUITE 400
AUSTIN  TX 78758


ALPAN LIGHTING PRODUCTS, INC.
425-I CONSTITUTION AVENUE
CAMARILLO  CA 93012


AUTO CARE PRODUCTS, INC.

4698-A ALVARADO CANYON RD.
SAN DIEGO  CA 92120


AUVICASE AMERICA, INC.
135 E. FOOTHILL BLVD.
MONROVIA  CA 91016


AVALANCHE!
18285 MINNETONKA BLVD SUITE F
WAYZATA  MN 55391


AVANTI PRODUCTS
10880 N.W. 30TH STREET
MIAMI  FL 33172


AVEN TOOLS INC.
4595 PLATT ROAD
ANN ARBOR  MI 48108


AVF INCORPORATED
766 SHREWSBURY AVE.
TINTON FALLS  NJ 07724


AWARDS INC
P.O. BOX 2200
416 W. STRIBLING DR.
ROGERS  AR 72757


AXIOM
881 SNEATH LANE, #12
SAN BRUNO  CA 94066

AXIUS
PO BOX 203081
HOUSTON   TX 77216-3081


THE B&F SYSTEM, INC.
3920 S. WALTON WALKER BLVD.
DALLAS  TX 75236-1510


B&W PRESS
JUNCTION RTE. 95&133
401 E. MAIN STREET
GEORGETOWN   MA 01833


BACOVA GUILD, LTD.
P.O. BOX 79762
BALTIMORE  MD 21279-0762


BACK TO BASICS
11660 SOUTH STATE STREET
DRAPER  UT 84020


BACKYARD PRODUCTS
THE CIT GROUP/COMMERCIAL SERV.
P.O. BOX 1036
CHARLOTTE  NC 28201-1036


THE BAG STAND COMPANY
39 ARGONAUT DRIVE
ALISO VIEJO  CA 92656


BAHAMA SOUNDS LTD
1650 7TH ST
RIVERSIDE  CA 92507


THE BAKERTOWNE CO. INC
136 CHERRY VALLEY DR
WEST HAMPSTEAD  NY 11552


BANDWAGON INC.
54 INDUSTRIAL WAY
WILMINGTON  MA 01887

PRO BAND SPORTS INDUSTRIES INC
ATTN: ACCOUNTING DEPARTMENT
P.O. BOX 50509
SANTA BARBARA  CA 93150-0509


BARTHELMESS
216 CONGERS ROAD
BUILDING 2, SUITE 1
NEW CITY  NY 10956


BARE GROUND SOLUTION
92 BOLT STREET
LOWELL  MA 01852


BATH CLOUD INC
#155,4140 OCEANSIDE BLVD #159
OCEANSIDE  CA 92056


BAUERFEIND USA, INC.
55 CHASTAIN ROAD SUITE 112
KENNESAW  GA 30144


BCS AMERICA LLC
PO BOX 1800
PORTLAND  OR 97218


B.E. ATLAS COMPANY
4300 N. KILPATRICK AVE.
CHICAGO  IL 60641


BEAVER INDUSTRIES
1950 8TH AVE
BALDWIN  WI 54002


BERLAND'S HOUSE OF TOOLS
600 OAK CREEK DR
LOMBARD  IL 60148


BEL-TRONICS LIMITED
P.O. BOX 740096
ATLANTA  GA 30374-0096


BELCARO GROUP INC.

7100 E. BELLEVIEW AVENUE
SUITE 305
GREENWOOD VILLAGE   CO 80111


BEMIS MANUFACTURING CO.
ACCOUNTS RECEIVABLE
BIN 88383
MILWAUKEE   WI 53288-0383


BENJAMIN MFG. CO.
15324 ILLINOIS AVENUE
PARAMOUNT   CA 60723-4109


BENCHMARK BRANDS, INC.
P.O. BOX 181002
MEMPHIS   TN 38181


BERENSTEIN, MOORE, MOSER
P.O. BOX 3207
SIOUX CITY   IA 51102


BERGQUIST
P.O. BOX 178290
TOLEDO   OH 43617


BERNZOMATIC
P.O. BOX 92026
CHICAGO   IL 60675-2026


TEMP-VENT CORPORATION
P.O. BOX 642518
PITTSBURGH   PA 15264-2518


BEST AMERICAN HOUSEWARES
945 GRAND BOULEVARD
DEER PARK   NY 11729


BETTER LIVING PRODUCTS INTER.
201 CHRISLEA ROAD
VAUGHAN, ONTARIO
CANADA L4L-8N6


BETTER BATH, INC.
261 FIFTH AVENUE/ SUITE 1914

NEW YORK   NY 10016


BEAUFORT TRANSFER CO
PO BOX 104540
JEFFERSON CITY   MO 65110-4540


BETTER SLEEP
80 INDUSTRIAL RD
PO BOX 288
BERKLEY HEIGHTS   NJ 07922-0288


BETTER HOUSEWARE CORP.
25-12 41ST AVENUE
LONG ISLAND CITY   NY 11101-3882


B & F SYSTEMS
3920 S. WALTON WALKER BLVD.
DALLAS   TX 75236-1510


BI DESIGND
PO BOX 760
DENTON   TX 76202


BIG BANG PRODUCTS
P.O. BOX 17473
BALTIMORE   MD 21297-1473


BIOSENSORY INSECT CONTROL CORP
C/O ACTION CAPITAL CORP
PO BOX 56346
ATLANTA   GA 30343


BIO-BRITE INC.
4340 EAST-WEST HIGHWAY #401
BETHESDA   MD 20814


BIOFLEX MEDICAL MAGNETICS
3370 N.E. 5TH AVENUE
OAKLAND PARK   FL 33334


BIONAIRE
P.O. BOX 277846
ATLANTA   GA 30384-7846

BIOVERSE, INC.
10800 LYNDALE AVE. S. #150
BLOOMINGTON  MN 55420-5698


THE BIRDING COMPANY
DOWNEAST CONCEPTS, INC.
20 DOWNEAST DRIVE
YARMOUTH  ME 04096


BIRD POST/AMERICAN WILDLIFE
E8332 NORTH AVENUE
WISCONSIN DELLS  WI 53965


BISSELL
P.O. BOX 1888
GRAND RAPIDS  MI 49501-1888


BLAIR TEMPORARIES
800 E. NORTHWEST HWY
STE 1005
PALATINE  IL 60067


BLACK & DECKER
619 MILLER ROAD
PARKTON  MD 21120


BLAZER CORPORATION
114 EAST 32ND ST
NEW YORK  NY 10016


BLITZ MANUFACTURING COMPANY
P.O. BOX 846
JEFFERSONVILLE  IN 47131


M. BLOCK & SONS, INC.
135 S. LASALLE, DEPT. 1079
CHICAGO  IL 60674-1079


BLOCKS
23720 CROSSON DRIVE
WOODLAND HILLS  CA 91367

BLUE RIDGE; THE ITEM COMPANY
PO BOX 989
FREEPORT   FL 32439


BERG BLUE BLOWER CORP.
155 AVON ROAD
NORTHBROOK   IL 60062


BLUE HERON ENTERPRISES INC
842 E DOUGLAS AVE
BELLINGHAM   WA 98226


BLUE STAR TRADING INC
234 S. GARFIELD AVE #B
MONTERREY PARK   CA 91755


BMAU ARLINGTON HTS POST OFFICE
909 W EUCLID AVE
ARLINGTON HEIGHTS   IL 60005-9998


BORYS & ASSOCIATES
15541 SO. 70TH COURT
ORLAND PARK   IL 60462


BOBBI CRACKEL
300 S. ROSELLE RD.
APT 505
SCHAUMBURG   IL 60193


BODY RITE
1202 W. AVE O
P.O. BOX 599
BELTON   TX 76513-0599


BOISE CASCADE
PAPER DIVISION
P.O. BOX 890778
DALLAS   TX 75389-0778


W.R. BONSAL COMPANY
PO BOX 651488
CHARLOTTE   NC 28265-1488

BONDHUS CORP.
P.O. BOX 660
MONTICELLO   MN 55362


HERSH/HELMAN
1701 PACIFIC AVE. SUITE 280
OXNARD   CA 93033


BONNE NUIT INC.
PO BOX 11
97 N. MAIN ST.
WINSDOR   NJ 08561


BORDER BROKERAGE CO., INC.
P.O. BOX 3549
BLAINE   WA 98231


BOSMERE INC.
PO BOX 363
CONCORD   NC 28026


S-B POWER TOOL COMPANY
DEPTARTMENT 0292
CHICAGO   IL 60690-5869


BOSE CORPORATION
THE MOUNTAIN - MS469
FRAMINGHAM   MA 01701


BOSS WORKS
4510 W. 77TH ST.
SUITE 239
MINNEAPOLIS   MN 55435


BOSTON WAREHOUSE
59 DAVIS AVE
NORWOOD   MA 02062-3048


BOWERS PET PRODUCTS
3687 NASHUA DR. #2
ONTARIO CANADA      L4V1V-5

BOX PACKAGING, INC.
200 SOUTH CHURCH ST.
ADDISON   IL 60101


THE BRADLEY GROUP
1001 SPRUCE #3B
GLENDALE HEIGHTS   IL 60139


BRADFORD NOVELTY CO., INC.
37 SOUTH MAPLE ST.
BELLINGHAM   MA 02019


COHEN GROSSMAN & ROSENSON, LLC

233 N MICHIGAN AVE STE 1720
CHICAGO   IL 60601


THE BRASS BARON
10151 PACIFIC MESA BLVD #104
SAN DIEGO   CA 92121


BRAUN INC
400 UNICORN PARK DRIVE
WOBURN   MA 01801


BROWNELL ELECTRO INC.
895 SIVERT
WOOD DALE   IL 60191


BRENMER INDUSTRIES, INC.
59 EAST 54TH STREET SUITE 84
NEW YORK   NY 10022


BRIAN HOFMEISTER
2041 W. EVERGREEN
CHICAGO   IL 60622


BRITE STAR MANUFACTURING CO.
2900 SOUTH 20TH STREET
PHILADELPHIA   PA 19145


BRILL-SUNLAWN

326 GARFIELD ST.
FT. COLLINS CO 46219


BRK BRANDS, INC.
PO BOX 932407
ATLANTA GA 31193-2407


BROILKING CORP.
143 COLEBROOK RIVER ROAD
WINSTED CT 06098


PRESTIGE PRODUCTS, INC.
P.O. BOX 7701
OMAHA NE 68107


BROWN & CO.
100 ESNA DR.
MARKHAM ON L3RIE-3


BROCK TOOL COMPANY
1475 LOUIS AVE
ELK GROVE VILLAGE IL 60007


EYEMAGINE C/O BRUNSWICK DIRMKT
43 HERSHEY RD
E. BRUNSWICK NJ 08816


BUCK BROTHERS,INC
RIVERLIN WORKS BOX 192
MILLBURY MA 01527


BUCKLEY TELLEEN CLASSIC IMPORT
346 N. JUSTINE STREET STE. 410
CHICAGO IL 60607


BUCK KNIVES,INC
P.O. BOX 18233F
ST. LOUIS MO 63150-8233


BUDDY OFFICE PRODUCTS
1350 S. LEAVITT

CHICAGO   IL 60608


BUFFTECH
P.O. BOX 641545
PITTSBURGH  PA 15264-1545


BUG OFF INSTANT SCREEN DOOR
2045 BURTON DRIVE
CAMBRIA   CA 93428


BUSINESS & INSTITUTIONAL
FURNITURE CO., INC
611 N BROADWAY
MILWAUKEE   WI 53202-0039


BUILDERS SQUARE II

SCHAUMBURG   IL


BULLET FREIGHT SYSTEMS, INC.
P.O. BOX 25449
ANAHEIM   CA 92825


BUMPERSEAT, INC.
10 PRIMROSE LANE
WEST LONG BEACH   NJ 07724


BURNES OF BOSTON
582 GREAT RD
NORTH SMITHFIEL   RI 02896


BURT'S BEES, INC.
P.O. BOX 90157
RALEIGH   NC 27675


BYERS PRODUCTS, INC.
P.O. BOX 26132
OKLAHOMA   OK 73126-0132


B.W. INCORPORATED
316 WEST BORADWAY
BROWNS VALLEY   MN 56219

C-6 PRODUCTS, INC
2391 OLD DIXIE HWY
RIVIERA BEACH   FL 33404


CARBORUNDUM ABRASIVES CO
PO BOX 0368
PITTSBURGH   PA 15264-0368


CADDIS MFG. INC.
UNIT 6, P.O. BOX 4280
PORTLAND   OR 97208-4280


CADIE PRODUCTS CORPORATION
151 E. 11 STREET
P.O. BOX 467
PATERSON  NJ 07544-0467


CAFFCO INTERNATIONAL
PO BOX 3508
MONTGOMERY   AL 36109-3508


CAFRAMO
RR #2, AIRPORT ROAD
WIARTON   ON   N0H-2T0


CAMPBELL HAUSFELD
P.O. BOX 710797
CINCINNATI   OH 45271-0797


CALIFORNIA SAFE
14761 CALIFA ST.
VAN NUYS  CA 91141


CALIFORNIA CAR DUSTER
9525 DE SOTA AVE.
CHATSWORTH   CA 91311


CALIFORNIA INNOVATIONS
4211 YONGE STREET
SUITE 610
WILLOWDALE   ON M2P  - 2A9

PERFECT FIT INDUSTRIES, INC.
CIT GROUP/COMMERCIAL SERVICES
P.O. BOX 1036
CHARLOTTE  NC 28201-1036


CALIFORNIA MARKETING GROUP
5243 LAMPSON AVE
GARDEN GROVE  CA 92845


CALCULATED INDUSTRIES INC.
22720 SAVI RANCH PARKWAY
YORBA LINDA  CA 92687


THE CALMARK GROUP
1617 PACIFIC AVE., SUITE 111
OXNARD  CA 93033


CAL PUMP
13278 RALSTON AVE.
SYLMAR  CA 91342


THE CAMELBACK CORP
109 FORD DRIVE
NEW LENOX  IL 60451


CAMELOT PAPER, INC.
DEPT. 77-3325
CHICAGO  IL 60678-3325


CAMP INC/HEALTHCARE
P.O. BOX 89
JACKSON  MI 49204-0089


CAN YOU IMAGINE
9324 ETON AVE
CHATSWORTH  CA 91311


CAPE COD DOORMATS
2 C HINKLEY RD.
HYANNIS  MA 02601

CARNATION HOME FASHIONS
53 JEANNE DRIVE
NEWBURGH  NY 12550


CARDINAL HOME PRODUCTS
4911 GRANT AVE
CLEVELAND  OH 44125


CARICO INTERNATIONAL, INC.
2851 CYPRESS CREEK ROAD
FORT LAUDERDALE  FL 33309


CARLISS INDUSTRIES/INSTAND
4530 N.E. 11TH AVENUE
FT. LAUDERDALE  FL 33334


CARPAD, INCORPORATED
400 MAIN ST.
DAYTON  NV 89403


CARRUTH STUDIO, INC.
1178 FARNSWORTH RD
WATERVILLE  OH 43566


CABOT SAFETY CORPORATION
P.O. BOX 18026B
ST. LOUIS  MO 63160-8026


KAMINSTEIN IMPORTS
DEPT NO 061 P.O. BOX #8000
BUFFALO  NY 14267


CASIO PHONEMATE
P.O. BOX 2914
TORRENCE  CA 90509


ALTURA INTERNATIONAL
1 LOWER RAGSDALE DRIVE
BUILDING 1, SUITE 210
MONTEREY  CA 93940

INTERNATIONAL ELECTRONICS, INC
5913-C NE 127TH AVE. STE. 800
VANCOUVER  WA 98682


CBM DISTRIBUTORS
1101 COLLEGE AVENUE
SOUTH HOUSTON  TX 77587


CREATIVE BEDDING TECHNOLOGIES
300 EXCHANGE DR UNIT A
CRYSTAL LAKE  IL 60014


CROWN COLOR CORPORATION
7 S. RTE 12 BOX 128
FOX LAKE  IL 60020


CCM
11330 NW 36TH TERRACE
MIAMI  FL 33178


CCX CONWAY CENTRAL EXPRESS
P.O. BOX 93990
CHICAGO  IL 60673-3990


CREATIVE ENTERPRISES
PO BOX 3482
IDAHO FALLS  ID 83402


CEDAR CREEK ILLINOIS, INC.
2015 WINDISH DR
GALESBURG  IL 61401


CEDAR AMERICA
1029 DUBLIN ROAD
COLUMBUS  OH 43215-1117


CENTREX
13200 TOWNSEND RD
PHILIDELPHIA  PA 19154


CENTRA, INC.

P.O. BOX 80
WARREN  MI 48090


CENTRAL FREIGHT LINES, INC.
P.O. BOX 2838
WACO  TX 76702


CENTRAL TRANSPORT INT, INC.
P.O. BOX 80
WARREN  MI 48090


CEQUAL PRODUCTS, INC.
1328 16TH ST
SANTA MONICA  CA 90404


CF MOTOR FREIGHT
P. O. BOX 4488
PORTLAND  OR 97208


CONSOLIDATED FREIGHTWAYS
P.O. BOX 4488
PORTLAND  OR 97208-4488


THE CHAIR-LOC COMPANY
P.O. BOX 45
RIDGEWAY BLVD.
LAKEHURST  NJ 08733


NATIONSBANC COMMERCIAL CORP
C/O CHAIRWORKS
PO BOX 105657
ATLANTA  GA 30348-5657


CHAMMYZ
449 SANTA FE DR
ENCINTAS  CA 92024


CHANNELLOCK INC.
P.O. BOX 519
MEADVILLE  PA 16335


CHARCOAL COMPANION, INC.
7955 EDGEWATER DRIVE

OAKLAND  CA 94621


CHASEBURG MANUFACTURING INC.
312 DEPOT STREET
CHASEBURG  WI 54621


CHRIS DREYER
N4360 ALLAN ROAD
PORTAGE  WI 53901


CHEF REVIVAL USA INC.
P.O. BOX 550
LODI  NJ 07644-0550


CHEFTENDER
P.O. BOX 97
FLORENCE  KY 41042


CHEF'S PLANET
8485 E MCDONALD DRIVE #A10
SCOTTSDALE  AZ 85250


CHEF SPECIALTIES
411 WEST WATER STREET
SMETHPORT  PA 16749--119


CHER NOBLE
1680 N CAOST HWY 101 #17
LEWCADIA  CA 92024


CHF INDUSTRIES, INC.
CIT GROUP/COMMERCIAL SERVICES
P.O. BOX 1036
CHARLOTTE  NC 28201-1036


C.H. HANSON
3630 N. WOLF ROAD
FRANKLIN PARK  IL 60131


CHICAGO TEXTILE CORPORATION
4500 S. KOLIN AVENUE
CHICAGO  IL 60632

CHICAGO WICKER & TRADING CO.
1657 NORTH KILPATRICK AVE.
CHICAGO  IL 60639


CHILD SAFETY PRODUCTS, INC.
2141 HILTON DRIVE
GAINESVILLE  GA 30501


CHICAGO METALLIC CORPORATION
P.O. BOX 95976
CHICAGO  IL 60694


CADENCE KEEN INNOVATIONS, INC.
2787 E OAKLAND PARK BLVD #401
FORT LAUDERDALE  FL 33306


CHICAGO TRIBUNE
P.O. BOX 10952
CHICAGO  IL 60610-0952


CHICAGO METALLIC CORPORATION
FILE #99197
PO BOX 99197
CHICAGO  IL 60693-9197


CHOICE PRODUCTS, INC.
2655 N. FRIENDSHIP RD. BOX 43
PADUCAH  KY 42001


THE CHRISTMAS LIGHT COMPANY
2450 W. BROADWAY RD. SUITE 112
MESA  AZ 85202


CHRIS TRUCK LINE
P.O. BOX 7716
WICHITA  KS 67277-7716


C.H. ROBINSON WORLDWIDE, INC.
PO BOX 9121
MINNEAPOLIS  MN 55480-9121

CHS DISTRIBUTING
2850 N. PULASKI RD.
CHICAGO   IL 60641


CHURCHILL TRUCK LINES, INC.
BOX 800
CHILLICOTHE   MO 64601


CIDER MILL FARMS, INC.
898 MAIN STREET
ACTON   MA 01720


CIDCO INCORPORATED
P.O. BOX 49087
SAN JOSE   CA 95161-9087


CIRCLE GLASS CO.
8801 FINKELL
DETROIT   MI 48238


CITI CARDS
P.O. BOX 6407
THE LAKES   NV 88901


CITY OF CHICAGO
DEPARTMENT OF REVENUE
P.O. BOX
CHICAGO   IL 60680


CJ WALKER PHOTOGRAPHER
717 FLAMINGO DRIVE
WEST PALM BEACH   FL 33401


CLABER, INC.
191 STANLEY ST
ELK GROVE VILLAGE   IL 60007


CLAIRION HOME CARE PRODUCTS
MONTCAP FINANCIAL CORP.
3500 DE MAISONNEUVE #1510
MONTREAL, QUEBEC

CLARK BROS. TRANSFER INC
P.O. BOX 1269
NORFOLK   NE 68702-1269


CLASSCO INC.
99 AIRPORT ROAD
P.O. BOX 669
CONCORD   NH 03302


CLAY COMPANY
3451 AIRWAY DR UNIT E
SANTA ROSA   CA 95403


CLARK CASTER CO.
7310 W ROOSEVELT RD
FOREST PARK   IL 60130-2443


CLEANAIR INC.
5121 CAMELIA RD
KNOXVILLE   TN 37912


CLEARVEIL CORPORATION
SUITE #120
1660 17TH ST.
DENVER   CO 80202


CLEGGS, INC
BLUE RIDGE INDUSTRIES
P.O. BOX 1847
WINCHESTER   VA 22604


CLIFTON, GUNDERSON & CO.
1211 WEST 22ND STREET
SUITE 408
OAK BROOK   IL 60521


CLARK HALL
560 SOUTH VERMONT
PALATINE   IL 60067-6948


THE CHAMBERLIN GROUP
ATT: CUSTOMER SERVICE
845 LARCH AVENUE
ELMHURST   IL 60126

CLICK PRODUCTS
429 EAST ALONDRA BLVD.
GARDENA   CA 90248


CLIP & CLEAN
4065 SHUFFEL DRIVE NW
NORTH CANTON   OH 44720


CLIPPER EXXPRESS COMPANY
P.O. BOX 91050
CHICAGO   IL 60693


CLUB PRO PRODUCTS
P.O. BOX 7039
LOUISVILLE   KY 40257-0039


CHICAGO MODEL INTERNATIONAL
P.O. BOX 170
DEERFIELD   IL 60015


COBRACO MANUFACTURING INC.
300 E. MAIN STREET
LAKE ZURICH   IL 60047


COBRA CO MANUFACTURING INC
300 E MAIN ST
LAKE ZURICH   IL 60047


CODE INDUSTRIES, INC.
1025 PORTWINE ROAD
DEERFIELD   IL 60015-3432


CO-FAIR CORPORATION
3124 WEST LAKE AVE
GLENVIEW   IL 60025-1207


COLUMBIA FOOTWEAR CORP.
PO BOX 220
HAZELTON   PA 18201


COLEMAN CABLE SYSTEMS, INC.

2500 COMMONWEALTH AVE.
NORTH CHICAGO  IL 60064


COLOR GARDEN INC
PO BOX 5811758
MINNEAPOLIS  MN 55458-1758


COMPONENT DESIGN N.W. INC.
P.O. BOX 10947
PORTLAND  OR 97296-0947


RICHARD S ISENBERG
THE COMBINED GROUP
425 HUEHL ROAD, #9
NORTHBROOK  IL 60062


COMED
BILL PAYMENT CENTER
CHICAGO  IL 60668


COMFORT RESEARCH
1525 GEZON PARKWAY SUITE C
GRAND RAPIDS  MI 49509


COMFORTAIRE CORPORATION
101-B PARK PLACE COURT
GREENVILLE  SC 29607


COMMERICAL LIGHTING SUPPLY
4238 N. ARLINGTON HTS. RD.
PMB 212
ARLINGTON HEIGHTS  IL 60004


COMMONWEALTH HOME FASHIONS
31 STATION ROAD
P.O. BOX 339
WILLSBORO  NY 12996


COMPLIENT
27070 MILES ROAD
SOLON  OH 44139


CONTICO MANUFACTURING COMPANY
P.O. BOX 952150

ST. LOUIS   MO 63195-2150


CONANT CUSTOM BRASS
270 PINE STREET
BURLINGTON  VT 05401


CONAIR CORPORATION, INC.
P.O. BOX 932059
ATLANTA   GA 31193-2059


CONCEPTS ELECTRONIX INC.
2250 MIDLAND AVENUE, UNIT 21
TORONTO, ONTARIO
CANADA M1P-4R9


CONCEPT HOUSEWARES
1675 ROLLINS ROAD
BURLINGGAME   CA 94010


CONSOLIDATED FREIGHTWAY
5303 EAST AVE
   FL 33407


CONSUMER REPORTS
SUBSCRIPTION DEPARTMENT
P.O. BOX 53010
BOULDER   CO 80322-3010


CONTECH
P.O. BOX 115
SAANICHTON   BC V8M2C-3


CONTEMPORARY MKTG/DESIGN GROUP
5594 NORTH HOLLYWOOD AVE. #206
MILWAUKEE  WI 53217


CONVERTAGRAPHICS
P.O. BOX 641856
CINCINNATTI  OH 45264

CORE PRODUCTS INTL.
808 PROSPECT AVE.
OSCEOLA  WI 54020


COSCO HOME AND OFFICE PRODUCTS
135 S. LASALLE DEPT 3882
CHICAGO  IL 60674-3882


COOPER TOOLS
PO BOX 75071
CHARLOTTE  NC 28275-5071


CORONET TOOL CO.
5485 ELSTON AVE
CHICAGO  IL 60630


COUGHLAN PRODUCTS CORP.
357 HAMBURG TPKE
P.O. BOX 708
WAYNE  NJ 07474-0708


CPS CORPORATION
P.O. BOX 30101
NASHVILLE  TN 37241


CRANE PRODUCTS LTD
CORP PROCESSING DEPT 710996
COLUMBUS  OH 43271-0996


CREATIVE TECHNOLOGIES CORP.
170 53RD STREET
BROOKLYN  NY 11232-4319


CREATIVE SALES
P.O. BOX 550
6065 HWY 93 N.
WHITE FISH  MT 59937


CREATIVE HOME & HORT PROD INC
P.O. BOX 3929
BIRMINGHAM  AL 35208

CREATIVE GEAR
4 EXECUTIVE PLAZA
YONKERS  NY 10701


CREEDEN & ASSOCIATES
2600 COMPASS ROAD
GLENVIEW  IL 60025


QUIK CRAFTER COMPANY
9528 S. BOLTON RD.
POSEN  MI 49776


CREATIVE RESPONSE, INC.
3857 CRESTA COURT
THOUSAND OAKS  CA 91360


CRK COMPUTER SERVICES
16250 NORTHLAND DRIVE STE. 012
SOUTHFIELD  MI 48075-5290


CROUSE CARTAGE COMPANY
P.O. BOX 586
CARROLL  IA 51401-0586


CROSS COUNTRY COMPUTER CORP.
75 CORPORATE DRIVE
HAUPPAUGE  NY 11788-2021


CROWN SERVICES, INC.
2045 S. ARLINGTON HEIGHTS RD.
SUITE 107
ARLINGTON HEIGHTS  IL 60005


CSA
P.O. BOX 5930
BOSTON  MA 02006


C. S. OSBORNE
125 JERSEY ST
HARRISON  NJ 07029-1798

CENTRAL TRADING AGENCY
PMB 434, 6830 BOTHELL WAY NE
KENMORE   WA 98028


MOTHER'S RELIEF, INC.
26034 EDEN LANDING ROAD #2
HAYWARD   CA 94545


CUSTOM ACCESSORIES INC
PO BOX 94365
CHICAGO   IL 60678-4365


CUBBIES UNLIMITED CORP.
74 NORTH INDUSTRY COURT
DEER PARK   NY 11729


CONAIR CORPORATION, INC.
PO BOX 8500 (7725)
PHILADELPHIA   PA 19178-7725


PLYMOUTH PRODUCTS
P.O. BOX 95948
CHICAGO   IL 60694-5948


CUSTOM LEATHERCRAFT MFG. CO.
811 WEST 58TH STREET
LOS ANGELES   CA 90037-3631


CUSTER PRODUCTS INCORPORATED
PO BOX 2997
4101 SHUFFLE DR, NW SUITE 100
NORTH CANTON   OH 44720-0997


CUSTOM ACCESSORIES
P.O. BOX 94365
CHICAGO   IL 60678


THE CUSTOM COMPANIES
P.O. BOX 94338
CHICAGO   IL 60678-4338

BOB CUTI PHOTOGRAPHY, INC.
11367(B) WILLIAMSON RD.
CINCINNATI  OH 45241


CYRIL-SCOTT COMPANY
P.O. BOX 310
LANCASTER  OH 43130


DAGAN INDUSTIES, INC.
15540 ROXFORD STREET
SYLMAR  CA. 91342


DAILY HERALD
PADDOCK PUBLICATIONS, INC.
P.O. BOX 1400
ARLINGTON HEIGHTS  IL 60006


DAKOTA ALERT, INC.
P.O. BOX 130
112 W. MAIN
ELK POINT  SD 57025


DALLAS PILLOW CO. INC.
PO BOX 248
LICOLNTON  NC 28093


DANNER PRESS CORPORATION
P.O. BOX 901480
CLEVELAND  OH 44190-1480


DANALCO
1020 HAMILTON  UNIT G
DURANTE  CA 91010


DANBURY MARKETING CORPORATION
23 DANBURY ROAD
NASHUA  NH 03060


D'ANGELO HOME COLLECTIONS
BULCKAERT AMERICA
210 W PARKWAY STE 7
POMPTON PLAINS  NJ 07444


DANIEL PATROI