UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| SILVO HARDWARE COMPANY | ) | CASE NO. 04-00038 CAD |
| | ) | |
| Debtor(s) | ) | HON. CAROL A. DOYLE |

**TRUSTEE'S FINAL REPORT AND ACCOUNT**
**(PRE-DISTRIBUTION REPORT)**

To:   THE HONORABLE CAROL A. DOYLE
        BANKRUPTCY JUDGE

NOW COMES GUS A. PALOIAN, Trustee herein, and respectfully submits to the Court and to the United States Trustee his Final Report in accordance with 11 U.S.C. §704(9).

1.       The Chapter 11 Petition commencing this case was filed on January 2, 2004. The case was converted to Chapter 7 on May 3, 2004 at which time Gus A. Paloian was appointed as the Chapter 7 trustee ("Trustee"). An order for relief under Chapter 7 was entered on May 3, 2004. The Trustee's bond in this case is included as part of the Trustee's blanket bond.

2.       The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed as necessary and appropriate; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3.       The disposition of estate property is set forth in Exhibit B. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4.       A summary of the Trustee's Final Report as of March 7, 2007 is as follows:

| | | |
|---|---|---|
| a. | RECEIPTS (See Exhibit C) | $ 166,348.74 |
| b. | DISBURSEMENTS (See Exhibit C) | $ 98,108.00 |
| c. | NET CASH available for distribution | $ 68,240.74 |
| d. | TRUSTEE/PROFESSIONAL COSTS: | |

CH2 20199682.1

| | | | |
|---|---|---|---|
| 1. | Trustee compensation requested (See Exhibit E) | | $11,542.50 |
| 2. | Trustee Expenses (See Exhibit E) | | $0.00 |
| 3. | Compensation requested by attorney or other professionals for trustee (See Exhibit G) | | $55,089.67 |
| 4. | Estimated compensation and expense reimbursement request (See Exhibit G) | | $ |

5.  The Bar Date for filing unsecured claims expired on September 28, 2004.

6.  All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee (as necessary and appropriate, a copy of the Trustee's proposed distribution is attached as Exhibit D). The actual dollar amount of claims allowed and/or requested for this estate is as follows:

| | | |
|---|---|---|
| a | Allowed unpaid secured claims | $0.00 |
| b. | Chapter 7 administrative and 28 U.S.C. §1930 claims | $70,480.17 |
| c. | Allowed Chapter 11 administrative claims | $71,810.40 |
| d. | Allowed priority claims | $0.00 |
| e. | Allowed unsecured claims | $760,792.37 |

7.  Trustee proposes that unsecured creditors receive a distribution of 2.97% of allowed claims.

8.  Total compensation and expense previously awarded to Trustee's counsel, accountant or other professional was $44,171.77. Professional's compensation and expense requested but not yet allowed is $10,515.90. The total of Chapter 7 professional fees and expenses requested for final allowance is $54,687.67.

9.  A fee of $3,375.00 was paid to Debtor's counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowance of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.

RESPECTFULLY SUBMITTED

DATE: March 6, 2007

/s/ Gus A. Paloian
GUS A. PALOIAN
131 S. DEARBORN
SUITE 2400
CHICAGO, IL  60603

CH2 20199682.1

# EXHIBIT A

EXHIBIT A

## TASKS PERFORMED BY TRUSTEE

The Trustee reviewed the Debtor's Schedule of Assets and Liabilities and Statements of Financial Affairs. The Trustee conducted an examination of the Debtor at the Section 341 meeting of creditors.

1.   The Trustee prepared semi-annual reports to the United States Trustee's Office.

2.   The Trustee managed the estate's cash on hand. This included investing the estate's funds in interest bearing accounts and maintaining a report of cash receipts and disbursements.

3.   The Trustee instructed counsel to prepare necessary pleadings and motions in the case.

4.   The Trustee performed an extensive examination of the Debtor's records in an effort to identify additional assets available to the estate for liquidation and to verify the disposition of assets.

5.   The Trustee investigated potential causes of action.  As a result of this investigation, the Trustee prosecuted claims against insiders for fraudulent conveyances.

6.   The Trustee attended to tax issues concerning the estate.  The Trustee retained an Accountant for the preparation of tax returns for the Estate.

7.   The Trustee responded to numerous creditor inquiries.

8.   The Trustee performed an extensive review of the claims filed in this case.  The Trustee settled numerous claims via Agreed Order and filed three Omnibus Objections to Claims.

**EXHIBIT B**

EXHIBIT B

## DISPOSITION OF ESTATE PROPERTY

| Scheduled Property and Disposition | Amount Realized |
|---|---|
| See Forms 1 & 2, attached hereto | |

| Unscheduled Property | Amount Realized |
|---|---|
| See Forms 1 & 2, attached hereto | |

| | |
|---|---|
| TOTAL RECEIPTS | $166,348.74 |
| TOTAL SCHEDULED VALUE OF PROPERTY ABANDONED | $555,210.27 |
| TOTAL SCHEDULED VALUE OF EXEMPT PROPERTY | $574,837.83 |

Page: 1

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No:       04-00038    CAD    Judge: CAROL A. DOYLE
Case Name:     SILVO HARDWARE COMPANY

For Period Ending: 03/20/07

Trustee Name:                      GUS A. PALOIAN, TRUSTEE
Date Filed (f) or Converted (c):   05/03/04 (c)
341(a) Meeting Date:               06/29/04
Claims Bar Date:                   09/28/04

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. TURNOVER OF BANK FUNDS FROM SCHEDULED BANK ACCOUNT RECEIVED FROM AMERICA UNITED BANK FROM CHECKING ACCOUNT #102239100 | 4,314.39 | 112,221.18 | | 113,505.65 | FA |
| 2. ACCOUNTS RECEIVABLE RECEIVED FROM ALC | 119,631.27 | Unknown | DA | 60.60 | FA |
| 3. INVENTORY FILL-TEK FULLFILLMENT TECH. 5389 E. PROVIDENT DR. CINCINNATI, OH 45246 | 435,579.00 | 0.00 | DA | 0.00 | FA |
| 5. BANK ACCOUNTS - PAYROLL ACCOUNT AT AMERICA UNITED BANK | 1,446.12 | 0.00 | | 0.00 | FA |
| 6. BANK ACCOUNTS - MONEY MARKET ACCOUNT AT AMERICA UNITED BANK | 740.40 | 0.00 | | 0.00 | FA |
| 7. OFFICE EQUIPMENT, FURNISHINGS, AND OFFICE EQUIPMENT | 9,401.51 | Unknown | | 0.00 | FA |
| 8. OFFICE EQUIPMENT, FURNISHINGS, AND FURNITURE | 2,919.00 | Unknown | | 0.00 | FA |
| 9. BANK ACCOUNTS - GENERAL CHECKING ACCOUNT AT BANK ONE | 806.14 | 0.00 | | 0.00 | FA |

LFORM1

Ver: 11.80

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page:   2

| Case No: | 04-00038   CAD   Judge: CAROL A. DOYLE | Trustee Name: | GUS A. PALOIAN, TRUSTEE |
|---|---|---|---|
| Case Name: | SILVO HARDWARE COMPANY | Date Filed (f) or Converted (c): | 05/03/04 (c) |
| | | 341(a) Meeting Date: | 06/29/04 |
| | | Claims Bar Date: | 09/28/04 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 10. SETTLEMENT FUNDS (u)  RECEIVED FROM MCINTYRE DIRECT PURSUANT TO DEMAND LETTER | 0.00 | 1,500.00 | | 1,500.00 | FA |
| 11. TAX REFUNDS (u)  RECEIVED FROM STATE OF ILLINOIS COMPTROLLER | 0.00 | 752.12 | | 752.12 | FA |
| 12. REFUND (u)  RECEIVED FROM POWELL INCORPORATED | 0.00 | 45.08 | | 45.08 | FA |
| 13. REFUND (u)  RECEIVED FROM U.S. POSTAL SERVICE TO CLOSE ACCOUNT #338 | 0.00 | 1,847.94 | | 1,847.94 | FA |
| 14. REFUND (u)  RECEIVED FROM ALC OF NEW YORK, LLC | 0.00 | 7,246.55 | | 7,246.55 | FA |
| 15. SETTLEMENT FUNDS (u)  SETTLEMENT BETWEEN STUART ZIRIN, DAVID ZIRIN, SOLUTIONS SYSTEMS TOLLVIEW VENTURES AND GUS PALOIAN, AS TRUSTEE (INSTALLMENT PAYMENTS) | 0.00 | 40,000.00 | | 40,000.00 | FA |
| 16. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1,390.80 | Unknown |

LFORM1

Ver: 11.80

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 3

| Case No: | 04-00038 | CAD | Judge: CAROL A. DOYLE |
| Case Name: | SILVO HARDWARE COMPANY | | |

| Trustee Name: | GUS A. PALOIAN, TRUSTEE |
| Date Filed (f) or Converted (c): | 05/03/04 (c) |
| 341(a) Meeting Date: | 06/29/04 |
| Claims Bar Date: | 09/28/04 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $   574,837.83 | $   163,612.87 | | $   166,348.74 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Final Report was submitted to the U.S. Trustee's Office on December 19, 2006.

Initial Projected Date of Final Report (TFR): 12/31/05        Current Projected Date of Final Report (TFR): 12/19/06

Ver: 11.80

LFORM1

**EXHIBIT C**

**CASH RECEIPTS AND DISBURSEMENTS**

**EXHIBIT C**

# EXHIBIT C

## CASH RECEIPTS AND DISBURSEMENTS

Page: 1

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 04-00038 -CAD
Case Name: SILVO HARDWARE COMPANY

Taxpayer ID No: ********7625
For Period Ending: 03/20/07

Trustee Name: GUS A. PALOIAN, TRUSTEE
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: ******9136 TIP Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|---|
| 06/21/04 | 1 | AMERICA UNITED BANK | TURNOVER OF BANK FUNDS | | 1229-000 | 112,221.18 | | 112,221.18 |
| 06/21/04 | 1 | AMERICAN UNITED BANK | TURNOVER OF BANK FUNDS | | 1229-000 | 1,284.47 | | 113,505.65 |
| 06/30/04 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.400 | | 1270-000 | 7.22 | | 113,512.87 |
| 07/26/04 | 000201 | COHEN GROSSMAN & ROSENSON | ATTORNEY FEES & EXPENSES FOR SERVICES OF DEBTOR'S CHAPTER 11 CORPORATE COUNSEL | | | | 10,037.27 | 103,475.60 |
| | | | Fees | 9,971.50 | 6210-000 | | | 103,475.60 |
| | | | Expenses | 65.77 | 6220-000 | | | 103,475.60 |
| 07/30/04 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.400 | | 1270-000 | 38.46 | | 103,514.06 |
| 08/17/04 | 000202 | NEAL GERBER & EISENBERG LLP | ATTORNEY FEES & EXPENSES CREDITORS' COMMITTEE COUNSEL | | | | 36,329.39 | 67,184.67 |
| | | | Fees | 32,572.50 | 6210-600 | | | 67,184.67 |
| | | | Expenses | 3,756.89 | 6220-610 | | | 67,184.67 |
| 08/31/04 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.400 | | 1270-000 | 31.72 | | 67,216.39 |
| 09/30/04 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.400 | | 1270-000 | 22.04 | | 67,238.43 |
| 10/29/04 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.400 | | 1270-000 | 22.77 | | 67,261.20 |
| 11/03/04 | 000203 | GUS A. PALOIAN, TRUSTEE | TRUSTEE COMPENSATION FOR FIRST INTERIM FEE APPLICATION AND PURSUANT TO COURT ORDER DATED 11/4/04 | | 2100-000 | | 4,057.50 | 63,203.70 |
| 11/03/04 | 000204 | SEYFARTH SHAW LLP | ATTORNEY FEES & EXPENSES FOR PAYMENT OF FIRST INTERIM FEES & EXPENSES PURSUANT TO COURT ORDER DATED 11/4/04 | | | | 14,532.87 | 48,670.83 |
| | | | Fees | 14,405.50 | 3110-000 | | | 48,670.83 |
| | | | Expenses | 127.37 | 3120-000 | | | 48,670.83 |
| 11/24/04 | 10 | MCINTYRE DIRECT | SETTLEMENT | | 1249-000 | 1,500.00 | | 50,170.83 |
| 11/30/04 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.400 | | 1270-000 | 17.92 | | 50,188.75 |
| 12/31/04 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.400 | | 1270-000 | 17.00 | | 50,205.75 |
| 01/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.400 | | 1270-000 | 17.05 | | 50,222.80 |
| 02/28/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.400 | | 1270-000 | 15.41 | | 50,238.21 |

Page Subtotals: 115,195.24   64,957.03

Ver: 11.80

LFORM24

FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

| Case No: | 04-00038 -CAD | | Trustee Name: | GUS A. PALOIAN, TRUSTEE |
| Case Name: | SILVO HARDWARE COMPANY | | Bank Name: | BANK OF AMERICA, N.A. |
| Taxpayer ID No: | ******7625 | | Account Number / CD #: | ******9136 TIP Account |
| For Period Ending: | 03/20/07 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/28/05 | 000205 | INTERNATIONAL SURETIES, LTD. | MISCELLANEOUS EXPENSE OF THE ESTATE CHAPTER 7 BOND PREMIUM PAYMENT | 2300-000 | | 66.20 | 50,172.01 |
| 03/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.450 | 1270-000 | 17.81 | | 50,189.82 |
| 04/22/05 | 000206 | SEYFARTH SHAW LLP | ATTORNEY FEES & EXPENSES PAYMENT OF SEYFARTH'S SECOND INTERIM FEE APPLICATION PURSUANT TO COURT ORDER DATED 4/19/05 | | | 11,505.18 | 38,684.64 |
| | | | Fees            11,093.50 | 3110-000 | | | 38,684.71 |
| | | | Expenses          411.68 | 3120-000 | | | 38,684.71 |
| 04/25/05 | 11 | STATE OF ILLINOIS COMPTROLLER | TAX REFUND | 1224-000 | 752.12 | | 39,436.76 |
| 04/25/05 | 12 | POWELL INCORPORATED | REFUND | 1290-000 | 45.08 | | 39,481.84 |
| 04/25/05 | 13 | U.S POSTAL SERVICE | REFUND | 1290-000 | 1,847.94 | | 41,329.78 |
| 04/29/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.450 | 1270-000 | 18.08 | | 41,347.86 |
| 05/17/05 | 14 | ALC OF NEW YORK, LLC | REFUND | 1290-000 | 7,246.55 | | 48,594.41 |
| 05/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.450 | 1270-000 | 16.87 | | 48,611.28 |
| 06/09/05 * | 000207 | FOSTER & KALLEN | ATTORNEY FEES & EXPENSES | 6210-164 | | 3,375.00 | 45,236.28 |
| 06/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.450 | 1270-000 | 17.98 | | 45,254.26 |
| 07/29/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.450 | 1270-000 | 18.58 | | 45,272.84 |
| 08/31/05 | 15 | SOLUTIONS SYSTEMS, INC. | SETTLEMENT | 1249-000 | 6,000.00 | | 51,272.84 |
| 08/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.450 | 1270-000 | 18.60 | | 51,291.44 |
| 09/20/05 | 2 | ALC OF NEW YORK | ACCOUNTS RECEIVABLE | 1221-000 | 60.60 | | 51,352.04 |
| 09/22/05 | 15 | SOLUTION SYSTEMS, INC. | SETTLEMENT | 1249-000 | 6,000.00 | | 57,352.04 |
| 09/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.800 | 1270-000 | 25.22 | | 57,377.26 |
| 10/04/05 * | 000207 | FOSTER & KALLEN | Stop Payment Reversal | 6210-164 | | -3,375.00 | 60,752.26 |
| 10/04/05 | 000208 | FOSTER & KALLEN | ATTORNEY FEES & EXPENSES PARTIAL PAYMENT OF CH. 11 FEES | | | 3,375.00 | 57,377.26 |
| | | | Fees            1,268.05 | 6210-000 | | | 57,377.26 |
| | | | Expenses          800.69 | 6220-000 | | | 57,377.26 |
| | | | Interest         1,306.26 | 7990-000 | | | 57,377.26 |
| 10/25/05 | 15 | SOLUTIONS SYSTEMS, INC. | SETTLEMENT | 1249-000 | 6,000.00 | | 63,377.26 |
| | | | | Page Subtotals | 28,085.43 | 14,946.38 | |

LFORM24

Ver: 11.80

Page: 3

FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 04-00038 -CAD | Trustee Name: | GUS A. PALOIAN, TRUSTEE |
| Case Name: | SILVO HARDWARE COMPANY | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | ******9136 TIP Account |
| Taxpayer ID No: | ******7625 | | |
| For Period Ending: | 03/20/07 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.800 | 1270-000 | 41.34 | | 63,418.60 |
| 11/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.800 | 1270-000 | 41.70 | | 63,460.30 |
| 12/02/05 | 15 | SOLUTION SYSTEMS, INC. | SETTLEMENT | 1249-000 | 6,000.00 | | 69,460.30 |
| 12/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.800 | 1270-000 | 46.40 | | 69,506.70 |
| 01/04/06 | 15 | SOLUTION SYSTEMS, INC. | SETTLEMENT | 1249-000 | 6,000.00 | | 75,506.70 |
| 01/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.800 | 1270-000 | 50.25 | | 75,556.95 |
| 02/02/06 | 15 | SOLUTION SYSTEMS, INC. | SETTLEMENT | 1249-000 | 6,000.00 | | 81,556.95 |
| 02/14/06 | | Transfer to Acct #******0310 | Bank Funds Transfer | 9999-000 | | 70.87 | 81,486.08 |
| 02/28/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.800 | 1270-000 | 49.36 | | 81,535.44 |
| 03/06/06 | 15 | SOLUTIONS SYSTEMS, INC. | SETTLEMENT | 1249-000 | 4,000.00 | | 85,535.44 |
| 03/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.800 | 1270-000 | 57.41 | | 85,592.85 |
| 04/28/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.800 | 1270-000 | 56.28 | | 85,649.13 |
| 05/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.800 | 1270-000 | 58.20 | | 85,707.33 |
| 06/27/06 | | Transfer to Acct #******0310 | Bank Funds Transfer | 9999-000 | | 20,000.00 | 65,707.33 |
| 06/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.800 | 1270-000 | 54.60 | | 65,761.93 |
| 07/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.300 | 1270-000 | 50.09 | | 65,812.02 |
| 08/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.300 | 1270-000 | 72.66 | | 65,884.68 |
| 09/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.500 | 1270-000 | 79.42 | | 65,964.10 |
| 10/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.500 | 1270-000 | 84.04 | | 66,048.14 |
| 11/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.500 | 1270-000 | 81.43 | | 66,129.57 |
| 12/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.500 | 1270-000 | 84.24 | | 66,213.81 |
| 01/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.500 | 1270-000 | 84.36 | | 66,298.17 |
| 02/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.500 | 1270-000 | 76.29 | | 66,374.46 |

| | | | Page Subtotals | | 23,068.07 | 20,070.87 | |

Ver: 11.80

LFORM24

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

Case No:       04-00038 -CAD
Case Name:     SILVO HARDWARE COMPANY

Taxpayer ID No: ********7625
For Period Ending: 03/20/07

Trustee Name:        GUS A. PALOIAN, TRUSTEE
Bank Name:           BANK OF AMERICA, N.A.
Account Number / CD #: ******9136  TIP Account

Blanket Bond (per case limit):   $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 166,348.74 | 99,974.28 | 66,374.4 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 20,070.87 | |
| | | | Subtotal | | 166,348.74 | 79,903.41 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 166,348.74 | 79,903.41 | |

| | | Page Subtotals | | | 0.00 | 0.00 |
|---|---|---|---|---|---|---|

Ver: 11.80

LFORM24

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:     5

| Case No: | 04-00038 -CAD | Trustee Name: | GUS A. PALOIAN, TRUSTEE |
| Case Name: | SILVO HARDWARE COMPANY | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | ******0310  BofA Checking Account |
| Taxpayer ID No: | *******7625 | | |
| For Period Ending: | 03/20/07 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/14/06 | | Transfer from Acct #*******9136 | Bank Funds Transfer | | | 9999-000 | 70.87 | | 70.87 |
| 02/14/06 | 002001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM 2/1/06 THROUGH 2/1/07 | | | 2300-000 | | 70.87 | 0.00 |
| 06/27/06 | | Transfer from Acct #*******9136 | Bank Funds Transfer | | | 9999-000 | 20,000.00 | | 20,000.00 |
| 06/27/06 | 002002 | SEYFARTH SHAW LLP | ATTORNEY FEES & EXPENSES Third Interim Fees and Expenses Awarded 6/27/06 | | | 9999-000 | | 18,133.72 | 1,866.28 |
| | | | | Fees | 17,862.00 | 3110-000 | | | 1,866.28 |
| | | | | Expenses | 271.72 | 3120-000 | | | 1,866.28 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 20,070.87 | 18,204.59 | 1,866.28 |
| Less: Bank Transfers/CD's | 20,070.87 | 0.00 | |
| Subtotal | 0.00 | 18,204.59 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 18,204.59 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | 166,348.74 | 79,903.41 | 66,375.38 |
| TIP Account - *******9136 | | | |
| BofA Checking Account - ******0310 | 0.00 | 18,204.59 | 1,866.21 |
| | 166,348.74 | 98,108.00 | 68,240.76 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        20,070.87        18,204.59

Page Totals        20,070.87        18,204.59

LFORM24                    Ver: 11.80

**EXHIBIT D**

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| SILVO HARDWARE COMPANY | ) | CASE NO. 04-00038 CAD |
| | ) | |
| Debtor(s) | ) | HON. CAROL A. DOYLE |

## DISTRIBUTION REPORT

I, <u>GUS A. PALOIAN</u>, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

### SUMMARY OF DISTRIBUTION:

| | |
|---|---|
| Secured Claims: | $0.00 |
| Chapter 7 Administrative Expenses: | $22,250.90 |
| Chapter 11 Administrative Expenses: | $23,375.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| Other Priority Claims (507(a)(9)): | $0.00 |
| General Unsecured Claims: | $22,614.84 |
| Tardily-Filed Unsecured Claims: | $0.00 |
| Fines, Penalties & Punitive Damages: | $0.00 |
| Post-Petition Interest: | $0.00 |
| Surplus to Debtor: | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $68,240.74 |

**EXHIBIT D**

CH2 20199682.1

**DISTRIBUTION REPORTS**

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | $70,480.17 | 100.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| TEE 2 | Gus A. Paloian Trustee Compensation | $7,485.00 | $7,485.00 |
| TEE | Gus A. Paloian, Trustee Trustee Compensation | $4,057.50 | $0.00 |
| TEE ATTY | Seyfarth Shaw LLP Attorney for Trustee Fees | $14,532.87 | $0.00 |
| TEE ATTY2 | Seyfarth Shaw LLP Attorney for Trustee Fees | $11,505.18 | $0.00 |
| TEE ATTY3 | Seyfarth Shaw LLP Attorney for Trustee Fees | $17,862.00 | $0.00 |
| TEE ATTY4 | Seyfarth Shaw LLP Attorney for Trustee Fees | $5,941.50 | $5,941.50 |
| TEE ATTY3 | Seyfarth Shaw LLP Attorney for Trustee Expenses | $271.72 | $0.00 |
| TEE ATTY4 | Seyfarth Shaw LLP Attorney for Trustee Expenses | $65.40 | $65.40 |
| ACCT | Popowcer Katten, Ltd. Accountant for Trustee Fees | $4,509.00 | $4,509.00 |
| 000166 | United States Trustee U.S. Trustee Quarterly Fees | $4,250.00 | $4,250.00 |
| | **CLASS TOTALS** | **$70,480.17** | **$22,250.90** |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in-possession (DIP) administrative expenses) | $ 71,810.40 | 100.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| ATTY | Cohen Grossman & Rosenson Special Counsel Fees | $10,037.27 | $0.00 |
| ATTY | Foster & Kallen Attorney for Trustee/D-I-P Fees | $5,443.74 | $3,375.00 |
| CCATTY | Neal Gerber & Eisenberg LLP Attorney for D-I-P Fees | $52,572.50 | $18,666.10 |
| CCATTY | Neal Gerber & Eisenberg LLP Attorney for D-I-P Expenses | $3,756.89 | $1,333.90 |

| | | |
|---|---|---|
| **CLASS TOTALS** | **$71,810.40** | **$23,375.00** |

| **3. TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND %** |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00 |

| **4. TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND %** |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $10,000.00 | $ 0.00 | 0.00 |

| **5. TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND %** |
|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Funds | $ 0.00 | 0.00 |

| **6. TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND %** |
|---|---|---|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,925.. | $ 0.00 | 0.00 |

| **7. TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND %** |
|---|---|---|
| §507(a)(6) - Deposits by consumers to the extent of $2,225 | $ 0.00 | 0.00 |

| **8. TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND %** |
|---|---|---|
| §507(a)(7) - Alimony | $ 0.00 | 0.00 |

| **9. TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND %** |
|---|---|---|
| §724(b)(6) - Tax Liens | $ 0.00 | 0.00 |

CH2 20199682.1

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Tax Claims excluding fines and penalties | $ 0.00 | 0.00 |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to FDIC, et al. | $ 0.00 | 0.00 |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $ 760,792.37 | 2.97 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000001 | Sunpentown International General Unsecured 726 | $2,345.00 | $69.71 |
| 000002 | SDI Technologies General Unsecured 726 | $3,724.00 | $110.70 |
| 000003 | World Sports Products, Inc. General Unsecured 726 | $2,141.98 | $63.67 |
| 000004 | Global Instruments Ltd General Unsecured 726 | $2,485.00 | $73.87 |
| 000005 | Vacu Vin Inc. General Unsecured 726 | $2,204.16 | $65.52 |
| 000006 | Angel-Guard Products, Inc. General Unsecured 726 | $1,706.40 | $50.72 |
| 000007 | PC Tables LLC General Unsecured 726 | $1,200.00 | $35.67 |
| 000008 | Bold Industries, LLC General Unsecured 726 | $2,229.78 | $66.28 |
| 000009 | Nikwax Waterproofing Systems General Unsecured 726 | $286.29 | $8.51 |
| 000010 | Variety International, Inc. General Unsecured 726 | $3,312.00 | $98.45 |
| 000011 | Glendale, Inc. General Unsecured 726 | $360.00 | $10.70 |
| 000012 | Enviro-Dynamics, Inc. General Unsecured 726 | $1,667.08 | $49.55 |
| 000013 | Vermont Tin Company Inc General Unsecured 726 | $874.96 | $26.01 |
| 000014 | Gina M. Graham General Unsecured 726 | $1,280.00 | $38.05 |

| 000015 | O'Berry Enterprises Inc. | $0.00 | $0.00 |
| | General Unsecured 726 | | |
| 000017 | Bath Cloud Inc | $2,151.00 | $63.94 |
| | General Unsecured 726 | | |
| 000018 | Easy Way Products | $4,610.97 | $137.06 |
| | General Unsecured 726 | | |
| 000019 | New Harbour, Inc. | $49.76 | $1.48 |
| | General Unsecured 726 | | |
| 000020 | Russco 111, Inc. | $855.79 | $25.44 |
| | General Unsecured 726 | | |
| 000021 | Tierra International, LLC | $802.44 | $23.85 |
| | General Unsecured 726 | | |
| 000022 | Seiko Corporation Of America | $671.72 | $19.97 |
| | General Unsecured 726 | | |
| 000023 | Lin-Con Marketing, Inc. | $31,240.00 | $928.62 |
| | General Unsecured 726 | | |
| 000024 | Andis Company | $3,649.18 | $108.47 |
| | General Unsecured 726 | | |
| 000025 | Pool Systems | $284.78 | $8.47 |
| | General Unsecured 726 | | |
| 000026 | Tiernan Outdoor Products | $1,797.50 | $53.43 |
| | General Unsecured 726 | | |
| 000027 | Cedar Creek Illinois, Inc. | $3,276.63 | $97.40 |
| | General Unsecured 726 | | |
| 000028 | Sacsaver, Inc./Nextep | $840.00 | $24.97 |
| | General Unsecured 726 | | |
| 000029 | Aroma Housewares Company | $1,239.30 | $36.84 |
| | General Unsecured 726 | | |
| 000030 | JJ International, Inc. | $1,808.50 | $53.76 |
| | General Unsecured 726 | | |
| 000031 | Awards Inc. | $1,663.49 | $49.45 |
| | General Unsecured 726 | | |
| 000032 | World Marketing Of America Inc | $1,346.00 | $40.01 |
| | General Unsecured 726 | | |
| 000033 | Shower Ease | $1,778.20 | $52.86 |
| | General Unsecured 726 | | |
| 000034 | Aqua Products, Inc. | $1,573.63 | $46.77 |
| | General Unsecured 726 | | |
| 000035 | The Hammock Source | $181.59 | $5.40 |
| | General Unsecured 726 | | |
| 000036 | Specialty Manufacturing Co. | $329.70 | $9.80 |
| | General Unsecured 726 | | |
| 000037 | K&H Manufacturing, Inc. | $1,853.85 | $55.11 |
| | General Unsecured 726 | | |
| 000038 | Broilking Corp. | $14,465.00 | $429.98 |
| | General Unsecured 726 | | |
| 000039 | Powerqwest, Inc. | $1,792.44 | $53.28 |
| | General Unsecured 726 | | |
| 000040 | Lake/Pack Enterprises, Inc. | $134.16 | $3.98 |
| | General Unsecured 726 | | |
| 000041 | Add-A-Motor, Inc. | $2,373.42 | $70.55 |
| | General Unsecured 726 | | |

| 000042 | H.S.T. Synthetics Limited | $1,710.40 | $50.44 |
| | General Unsecured 726 | | |
| 000043 | Sitcom | $2,734.66 | $81.29 |
| | General Unsecured 726 | | |
| 000044 | Arbor Hill Manufacturing Co. | $760.33 | $22.60 |
| | General Unsecured 726 | | |
| 000045 | Looker Inc. | $471.00 | $14.00 |
| | General Unsecured 726 | | |
| 000046 | CFM Harris Systems | $1,494.80 | $44.43 |
| | General Unsecured 726 | | |
| 000047 | Carliss Industries/Instand | $4,709.72 | $140.00 |
| | General Unsecured 726 | | |
| 000048 | Golden Gate Enterprises | $1,842.40 | $54.77 |
| | General Unsecured 726 | | |
| 000049 | Prestige Inc | $1,970.00 | $58.56 |
| | General Unsecured 726 | | |
| 000051 | Dynamic Frames Inc. | $20,985.99 | $623.82 |
| | General Unsecured 726 | | |
| 000052 | Ergo Systems Inc | $842.00 | $25.02 |
| | General Unsecured 726 | | |
| 000053 | The Christmas Light Company | $1,295.36 | $38.50 |
| | General Unsecured 726 | | |
| 000054 | Loroman Company, Inc. | $5,483.85 | $163.01 |
| | General Unsecured 726 | | |
| 000055 | Elite Creations | $132.00 | $3.92 |
| | General Unsecured 726 | | |
| 000057 | Mercury Luggage/Seward Trunk | $1,317.69 | $39.17 |
| | General Unsecured 726 | | |
| 000058 | Shop-Vac Corporation | $8,740.00 | $259.80 |
| | General Unsecured 726 | | |
| 000059 | Hydas Inc. | $1,021.00 | $30.35 |
| | General Unsecured 726 | | |
| 000060 | Polder, Inc. | $8,295.66 | $246.59 |
| | General Unsecured 726 | | |
| 000061 | Kinetic Diversified Industries | $2,960.00 | $87.99 |
| | General Unsecured 726 | | |
| 000062 | B&W Press | $14,455.33 | $429.69 |
| | General Unsecured 726 | | |
| 000063 | Abacus Direct Corporation | $5,593.62 | $166.27 |
| | General Unsecured 726 | | |
| 000064 | Klear-Vu Corporation | $1,198.80 | $35.63 |
| | General Unsecured 726 | | |
| 000065 | Instep LLC | $138.26 | $4.11 |
| | General Unsecured 726 | | |
| 000066 | Roman, Inc. | $13,442.53 | $399.59 |
| | General Unsecured 726 | | |
| 000067 | Santa's Drawers | $1,527.20 | $45.40 |
| | General Unsecured 726 | | |
| 000068 | PFC | $65.00 | $1.93 |
| | General Unsecured 726 | | |
| 000069 | Globe Electric Company Inc. | $5,130.00 | $152.49 |
| | General Unsecured 726 | | |

CH2 20199682.1

| | | | |
|---|---|---|---|
| 000070 | What A Window! | $100.00 | $2.97 |
| | General Unsecured 726 | | |
| 000071 | American Lawn Mower Company | $731.70 | $21.75 |
| | General Unsecured 726 | | |
| 000072 | Bernzomatic Div Of Newell Operating | $2,738.00 | $81.39 |
| | General Unsecured 726 | | |
| 000073 | One Tech, LLC. | $1,830.60 | $54.42 |
| | General Unsecured 726 | | |
| 000074 | Aqua Art Enterprises, Inc. | $126.44 | $3.76 |
| | General Unsecured 726 | | |
| 000075 | Whitehall Products | $1,915.81 | $56.95 |
| | General Unsecured 726 | | |
| 000076 | The Step2 Company | $5,783.88 | $171.93 |
| | General Unsecured 726 | | |
| 000077 | Armatron International, Inc. | $4,475.14 | $133.02 |
| | General Unsecured 726 | | |
| 000078 | Cadie Products Corporation | $4,038.80 | $120.05 |
| | General Unsecured 726 | | |
| 000079 | I.M.C.G. Inc. | $721.00 | $21.43 |
| | General Unsecured 726 | | |
| 000080 | Lumatec Industries Inc. | $818.47 | $24.33 |
| | General Unsecured 726 | | |
| 000081 | E Brookmyer Inc | $3,359.71 | $99.87 |
| | General Unsecured 726 | | |
| 000082 | Creative Home & Hort Prod Inc | $300.45 | $8.93 |
| | General Unsecured 726 | | |
| 000083 | M. Kaminstein, Inc. | $1,793.50 | $53.31 |
| | General Unsecured 726 | | |
| 000084 | Hearth Kitchen Company, Inc. | $0.00 | $0.00 |
| | General Unsecured 726 | | |
| 000086 | Bahama Sounds Ltd | $900.00 | $26.75 |
| | General Unsecured 726 | | |
| 000087 | Desa LLC | $5,616.00 | $166.94 |
| | General Unsecured 726 | | |
| 000088 | Solar Stat International | $7,909.32 | $235.11 |
| | General Unsecured 726 | | |
| 000089 | Geo Crafts, Inc | $824.39 | $24.51 |
| | General Unsecured 726 | | |
| 000090 | Enclume Design Products, Inc. | $437.48 | $13.00 |
| | General Unsecured 726 | | |
| 000091 | Odonnell Industries | $21,404.80 | $636.27 |
| | General Unsecured 726 | | |
| 000092 | Cadence Keen Innovations, Inc. | $4,720.45 | $140.32 |
| | General Unsecured 726 | | |
| 000093 | Chicago Textile Corporation | $2,229.20 | $66.26 |
| | General Unsecured 726 | | |
| 000094 | Central Transport Int, Inc. | $107.99 | $3.21 |
| | General Unsecured 726 | | |
| 000095 | Headwaters, Inc. | $3,252.00 | $96.67 |
| | General Unsecured 726 | | |
| 000096 | CRK Computer Services | $13,752.37 | $408.79 |
| | General Unsecured 726 | | |

| | | | |
|---|---|---|---|
| 000097 | Hunter Fan Company | $1,751.96 | $52.08 |
| | General Unsecured 726 | | |
| 000098 | H2oly Cow, Inc. | $70.00 | $2.08 |
| | General Unsecured 726 | | |
| 000099 | BCS America LLC | $2,335.60 | $69.43 |
| | General Unsecured 726 | | |
| 000100 | Creative Enterprises | $2,649.76 | $78.77 |
| | General Unsecured 726 | | |
| 000101 | Talus Corp. | $1,631.70 | $48.50 |
| | General Unsecured 726 | | |
| 000102 | Magma Products, Inc | $576.08 | $17.12 |
| | General Unsecured 726 | | |
| 000103 | Grampa's Garden, Inc. | $1,642.50 | $48.82 |
| | General Unsecured 726 | | |
| 000104 | Morning Industry Inc. | $7,116.28 | $211.53 |
| | General Unsecured 726 | | |
| 000105 | Altura International | $13,358.63 | $397.09 |
| | General Unsecured 726 | | |
| 000106 | Solar Masters | $5,580.00 | $165.87 |
| | General Unsecured 726 | | |
| 000107 | Peotagrafx | $1,718.43 | $51.08 |
| | General Unsecured 726 | | |
| 000108 | Comfort Research | $487.37 | $14.49 |
| | General Unsecured 726 | | |
| 000109 | Zip Jack Industries, Ltd. | $23.72 | $0.741 |
| | General Unsecured 726 | | |
| 000110 | Cosco Home And Office Products | $2,914.25 | $86.63 |
| | General Unsecured 726 | | |
| 000111 | Lawnware Products, Inc. | $122.25 | $3.63 |
| | General Unsecured 726 | | |
| 000112 | Seabreeze Electric Corporation | $1,933.92 | $57.49 |
| | General Unsecured 726 | | |
| 000113 | JP Products LC | $1,402.50 | $14.69 |
| | General Unsecured 726 | | |
| 000114 | Hauser List Services, Inc. | $477.01 | $14.18 |
| | General Unsecured 726 | | |
| 000115 | Stack A Shelf | $1,508.64 | $44.84 |
| | General Unsecured 726 | | |
| 000117 | Flexi-Mat Corporation | $2,499.10 | $74.29 |
| | General Unsecured 726 | | |
| 000118 | Master Manufacturing Co. | $117.00 | $3.48 |
| | General Unsecured 726 | | |
| 000119 | Linear Corporation | $3,133.88 | $93.15 |
| | General Unsecured 726 | | |
| 000121A | Ruibal's Topiary Systems, Inc. | $141.01 | $4.19 |
| | General Unsecured 726 | | |
| 000121B | Ruibal's Topiary Systems, Inc. | $1,360.81 | $40.45 |
| | General Unsecured 726 | | |
| 000122 | Mailguard/Neogenesis Inc. | $270.00 | $8.03 |
| | General Unsecured 726 | | |
| 000123 | Keystone Manufacturing Co/Deni | $1,252.68 | $37.24 |
| | General Unsecured 726 | | |

| 000124 | Mokrynski & Associates Inc. | $6,069.50 | $180.42 |
| | General Unsecured 726 | | |
| 000125 | Storm Master Corporation | $66.00 | $1.96 |
| | General Unsecured 726 | | |
| 000126 | Lynk Inc. | $3,986.64 | $118.50 |
| | General Unsecured 726 | | |
| 000127 | Mitec, Inc. | $1,997.75 | $59.38 |
| | General Unsecured 726 | | |
| 000128 | Mother's Relief, Inc. | $840.00 | $24.97 |
| | General Unsecured 726 | | |
| 000129 | Maverick Marketing | $4,223.15 | $125.53 |
| | General Unsecured 726 | | |
| 000130 | Cit Group/Commerical Services Inc | $5,021.40 | $149.26 |
| | General Unsecured 726 | | |
| 000131 | Imagine Gold | $226.05 | $6.72 |
| | General Unsecured 726 | | |
| 000132 | Jensen Metal Products, Inc. | $9,054.26 | $269.15 |
| | General Unsecured 726 | | |
| 000133 | Linon Home Decor Products Inc | $787.68 | $23.41 |
| | General Unsecured 726 | | |
| 000136 | Quebecor World Inc. (Usa) | $4,751.90 | $141.25 |
| | General Unsecured 726 | | |
| 000137 | United Parcel Service | $55,219.45 | $1,641.42 |
| | General Unsecured 726 | | |
| 000138 | Lamplight Farms | $338.40 | $10.06 |
| | General Unsecured 726 | | |
| 000139 | Cequal Products, Inc. | $1,857.38 | $55.21 |
| | General Unsecured 726 | | |
| 000140 | Diversitech | $443.75 | $13.19 |
| | General Unsecured 726 | | |
| 000142 | Aero Products International | $3,246.90 | $96.52 |
| | General Unsecured 726 | | |
| 000143 | ISI North America Inc | $114.00 | $3.39 |
| | General Unsecured 726 | | |
| 000144 | Marpac Corporation | $1,692.00 | $50.30 |
| | General Unsecured 726 | | |
| 000145 | Today's Plastics | $653.89 | $19.44 |
| | General Unsecured 726 | | |
| 000146 | Contico Manufacturing Company | $6,327.50 | $188.09 |
| | General Unsecured 726 | | |
| 000147 | Taymor Industries Inc. | $326.35 | $9.70 |
| | General Unsecured 726 | | |
| 000148 | Oswego Enterprises | $149.40 | $4.44 |
| | General Unsecured 726 | | |
| 000149 | Chef Revival USA Inc. | $1,386.23 | $41.20 |
| | General Unsecured 726 | | |
| 000150 | Optex Inc. | $7,249.85 | $215.50 |
| | General Unsecured 726 | | |
| 000151 | Aero-Tech Light Bulb Co. | $3,908.43 | $116.18 |
| | General Unsecured 726 | | |
| 000153 | Kettler International Inc. | $291.83 | $8.67 |
| | General Unsecured 726 | | |

| | | | |
|---|---|---|---|
| 000154 | Yaktrax, Inc.<br>General Unsecured 726 | $2,353.25 | 69.954 |
| 000158 | Quikpak, Inc.<br>General Unsecured 726 | $1,288.48 | $38.30 |
| 000159 | Sunpentown International Inc<br>General Unsecured 726 | $2,260.00 | $67.18 |
| 000160 | Patio Living Concepts<br>General Unsecured 726 | $1,298.72 | $38.61 |
| 000161 | Ohio Department of Taxation<br>General Unsecured 726 | $2,792.53 | $83.01 |
| 000163 | Top Innovations Inc<br>General Unsecured 726 | $3,071.76 | $91.31 |
| 000167 | Global Pottery<br>General Unsecured 726 | $877.16 | $26.07 |
| 000168 | Studio RTA<br>General Unsecured 726 | $1,423.68 | $42.32 |
| 000169 | Chammyz<br>General Unsecured 726 | $732.61 | $21.78 |
| 000170 | Inventive Idea's Inc.<br>General Unsecured 726 | $1,523.63 | $45.29 |
| 000176 | Cubbies Unlimited Corp.<br>General Unsecured 726 | $13,051.00 | $387.95 |
| 000177 | Dbl Distributing, Inc.<br>General Unsecured 726 | $1,658.41 | $49.30 |
| 000178 | PLC Company<br>General Unsecured 726 | $1,298.72 | $38.60 |
| 000180 | Focus 12, IC<br>General Unsecured 726 | $0.00 | $0.00 |
| 000182 | Excalibur Electronics, Inc.<br>General Unsecured 726 | $107.62 | $3.20 |
| 000186 | DIK Drug Co.<br>General Unsecured 726 | $1,852.31 | $55.06 |
| 000193 | Aquaport USA<br>General Unsecured 726 | $7,500.00 | $222.94 |
| 000194 | J.P. Products L.C.<br>General Unsecured 726 | $1,402.50 | $41.69 |
| 000196 | Adams Mfg Corp<br>General Unsecured 726 | $381.12 | $11.33 |
| 000197 | Zadro Products<br>General Unsecured 726 | $2,389.50 | $71.03 |
| 000198 | Rocks Unlimited Inc.<br>General Unsecured 726 | $736.00 | $21.88 |
| 000203 | Commonwealth Home Fashions<br>General Unsecured 726 | $3,502.30 | $104.11 |
| 000207 | Freightquote.Com<br>General Unsecured 726 | $821.37 | $24.41 |
| 000208 | Polar Wrap, LLC<br>General Unsecured 726 | $3,591.36 | $106.75 |
| 000214 | Krinner USA<br>General Unsecured 726 | $2,045.00 | $60.79 |
| 000215 | Marpac House Inc./Kuchenprofi<br>General Unsecured 726 | $2,167.40 | $64.43 |

| | | | |
|---|---|---|---|
| 000216 | Cobra Co Manufacturing Inc | $998.00 | $29.67 |
| | General Unsecured 726 | | |
| 000217 | Genie Fulfillment Services Ltd | $4,767.88 | $141.73 |
| | General Unsecured 726 | | |
| 000220 | Vectacor | $372.00 | $11.05 |
| | General Unsecured 726 | | |
| 000221 | Brill-Sunlawn | $2,336.13 | $69.44 |
| | General Unsecured 726 | | |
| 000224 | Yaktrax, Inc. | $2,353.25 | $69.95 |
| | General Unsecured 726 | | |
| 000225 | South West Imports | $203.50 | $6.05 |
| | General Unsecured 726 | | |
| 000227 | Calgon Carbon Corporation | $2,796.80 | $83.14 |
| | General Unsecured 726 | | |
| 000228 | Princess International Gifts | $638.40 | $18.98 |
| | General Unsecured 726 | | |
| 000229 | Clairion Home Care Products | $4,771.66 | $141.84 |
| | General Unsecured 726 | | |
| 000230 | E Mishan & Sons Inc | $429.00 | $12.75 |
| | General Unsecured 726 | | |
| 000231 | Spartak Enterprises Inc. | $4,120.75 | $122.49 |
| | General Unsecured 726 | | |
| 000232 | Reel Quick, Inc. | $500.00 | $14.86 |
| | General Unsecured 726 | | |
| 000233 | Industrial Service Supply | $2,759.25 | $82.02 |
| | General Unsecured 726 | | |
| 000235 | Shake-Away | $492.25 | $14.63 |
| | General Unsecured 726 | | |
| 000236 | City Of Chicago | $150.00 | $4.46 |
| | General Unsecured 726 | | |
| 000237 | City Of Chicago | $156.25 | $4.64 |
| | General Unsecured 726 | | |
| 000238 | Better Houseware Corp. | $3,258.45 | $96.86 |
| | General Unsecured 726 | | |
| 000239 | The Dingley Press | $184,184.66 | $5,474.96 |
| | General Unsecured 726 | | |
| 000240 | Luna Technologies, Inc. | $449.49 | $13.36 |
| | General Unsecured 726 | | |
| 000241 | Creative Response, Inc. | $2,614.65 | $77.72 |
| | General Unsecured 726 | | |
| 000242 | Meadpond Design | $1,218.00 | $36.21 |
| | General Unsecured 726 | | |
| | **CLASS TOTALS** | **$760,792.37** | **$22,614.84** |

| | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| **13. TYPE OF CLAIMS** | | |
| §726(a)(3) - Late unsecured claims | $ 0.00 | 0.00 |

CH2 20199682.1

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(4) - Fines/penalties | $ 0.00 | 0.00 |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $ 0.00 | 0.00 |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 0.00 | 0.00 |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $ 0.00 | 0.00 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| U | 000085 | PAYMENTECH L P<br>4 NORTHEASTERN BLVD<br>SALEM  NH 03079<br>Attn Patrick H Volpe | 0.00 | DISALLOWED |
| U | 000120A | AWARDS INC<br>P.O. BOX 2200<br>416 W. STRIBLING DR.<br>ROGERS  AR 72757 | 141.01 | DISALLOWED |
| U | 000120B | AWARDS INC<br>P.O. BOX 2200<br>416 W. STRIBLING DR.<br>ROGERS  AR 72757 | 1,360.80 | DISALLOWED |
| U | 000134 | AmercaUnited Bank & Trust<br>Company USA<br>William T Dwyer Jr<br>O'Rourke, Hogan, Fowler & Dwyer<br>10 South LaSalle Suite 2900<br>Chicago, IL 60603 | 266,829.52 | DISALLOWED |
| U | 000152 | AmericaUnited Bank& Trust Co<br>USA<br>William T Dwyer Jr<br>O'Rourke,Hogan,Fowler&Dwyer<br>10 South LaSalle Ste 2900<br>Chicago, IL 60603 | 278,423.88 | DISALLOWED |
| U | 000162 | JP PRODUCTS LC<br>409 WEST 76TH ST<br>DAVENPORT  IA 52806 | 1,402.50 | DISALLOWED |
| U | 000171 | SOLAR MASTERS<br>500 HARRINGTON ST UNIT C1<br>CORONA  CA 92880 | 5,580.00 | DISALLOWED |
| U | 000172 | HUNTER FAN COMPANY<br>POB 1000   Dept 56<br>Memphis, TN  38148-0056 | 1,751.96 | DISALLOWED |
| U | 000173 | TOP INNOVATIONS INC<br>400 NW PLATTE VALLEY DRIVE<br>RIVERSIDE  MO 64150 | 3,071.76 | DISALLOWED |
| U | 000174 | VERMONT TIN COMPANY INC<br>64 INDIAN TRAIL<br>SANFORD  SC 27332 | 874.96 | DISALLOWED |
| U | 000175 | VACU VIN INC.<br>PO Box 5489<br>Novato, CA 94948-5489 | 2,204.16 | DISALLOWED |
| U | 000179 | PRESTIGE INC<br>620 FT. WASHINGTON AVE. STE 1M<br>NEW YORK  NY 10040 | 1,970.00 | DISALLOWED |
| U | 000181 | KINETIC DIVERSIFIED<br>INDUSTRIES<br>P O Box 26730<br>San Diego, CA 92196-0730 | 2,960.00 | DISALLOWED |

| | | | | |
|---|---|---|---|---|
| U | 000183 | SEABREEZE ELECTRIC CORPORATION<br>40 FIMA CRESCENT<br>TORONTO, CANADA<br>M8W-3P9 | 1,933.92 | DISALLOWED |
| U | 000184 | BROILKING CORP.<br>143 COLEBROOK RIVER ROAD<br>WINSTED  CT 06098 | 14,465.00 | DISALLOWED |
| U | 000185 | CENTRAL TRANSPORT INT, INC.<br>P.O. BOX 80<br>WARREN  MI 48090 | 107.99 | DISALLOWED |
| U | 000187 | AWARDS INC<br>P.O. BOX 2200<br>416 W. STRIBLING DR.<br>ROGERS  AR 72757 | 1,663.49 | DISALLOWED |
| U | 000188 | ANDIS COMPANY<br>BOX 88819<br>MILWAUKEE  WI 53288-0819 | 3,649.18 | DISALLOWED |
| U | 000189 | SITCOM<br>850 42ND AVENUE<br>OAKLAND  CA 94601 | 2,593.66 | DISALLOWED |
| U | 000190 | LOOKER INC.<br>1017 N. STATE RT. 1<br>P.O. BOX 29<br>MILFORD  IL 60953 | 471.00 | DISALLOWED |
| U | 000191 | B&W PRESS<br>JUNCTION RTE. 95&133<br>401 E. MAIN STREET<br>GEORGETOWN  MA 01833 | 0.00 | DISALLOWED |
| U | 000192 | HYDAS INC.<br>P.O. BOX 420<br>HERSHEY  PA 17033 | 1,021.00 | DISALLOWED |
| U | 000195 | CADIE PRODUCTS CORPORATION<br>151 E. 11 STREET<br>P.O. BOX 467<br>PATERSON  NJ 07544-0467 | 4,038.80 | DISALLOWED |
| U | 000199 | MAGMA PRODUCTS, INC.<br>3940 PIXIE AVE.<br>LAKEWOOD  CA 90712-4136 | 576.08 | DISALLOWED |
| U | 000200 | STORM MASTER CORPORATION<br>10914 PARKER VISTA PLACE<br>PARKER  CO 80138 | 66.00 | DISALLOWED |
| U | 000201 | MAILGUARD/NEOGENESIS INC.<br>1146 SOUTH LINDEN ROAD<br>FLINT  MI 48532 | 270.00 | DISALLOWED |
| U | 000202 | MARPAC CORPORATION<br>PO BOX 560<br>ROCKY POINT  NC 28457 | 1,692.00 | DISALLOWED |
| U | 000204 | CREATIVE ENTERPRISES<br>PO BOX 3482<br>IDAHO FALLS  ID 83403 | 1,403.20 | DISALLOWED |

| U | 000205 | H.S.T. SYNTHETICS LIMITED<br>6200 ORDAN DR<br>MISSISSAUGA, ONTARIO<br>CANADA L5T-2B3 | 1,710.40 | DISALLOWED |
| U | 000206 | COMFORT RESEARCH<br>1525 GEZON PARKWAY SUITE C<br>GRAND RAPIDS  MI 49509 | 487.37 | DISALLOWED |
| U | 000209 | GLOBE ELECTRIC COMPANY<br>INC.<br>150 ONEIDA DRIVE<br>MONTREAL, QUEBEC<br>CANADA H9R-1A8 | 5,130.00 | DISALLOWED |
| U | 000210 | GRAMPA"S GARDEN, INC.<br>P.O. BOX 310<br>BRUNSWICK  ME 04011<br>Attn Jacqueline Painchaud | 1,642.50 | DISALLOWED |
| U | 000211 | LINEAR CORPORATION<br>DEPT. #7753<br>LOS ANGELES  CA 90084-7753 | 3,133.88 | DISALLOWED |
| U | 000212 | JENSEN METAL PRODUCTS,<br>INC.<br>7800 NORTHWESTERN AVE.<br>RACINE  WI 53406 | 9,054.26 | DISALLOWED |
| U | 000213 | BERNZOMATIC<br>Attn Gary Popp<br>Newell Rubbermaid Inc<br>29 East Stephenson Street<br>S14449<br>Freeport, IL 61032 | 2,738.00 | DISALLOWED |
| U | 000218 | AMERICAN LAWN MOWER<br>COMPANY<br>P.O. BOX 2505<br>MUNCIE  IN 47307-0505 | 731.70 | DISALLOWED |
| U | 000219 | CHEF REVIVAL USA INC.<br>P.O. BOX 550<br>LODI  NJ 07644-0550 | 1,386.23 | DISALLOWED |
| U | 000222 | LAWNWARE PRODUCTS, INC.<br>8220 NORTH AUSTIN<br>MORTON GROVE  IL 60053 | 122.25 | DISALLOWED |
| U | 000223 | MITEC, INC.<br>P.O. BOX 510793<br>NEW BERLIN  WI 53151-0793 | 1,997.75 | DISALLOWED |
| U | 000226 | H2OLY COW, INC.<br>429 W. OHIO ST. SUITE 173<br>CHICAGO  IL 60610 | 70.00 | DISALLOWED |
| U | 000234 | CRK COMPUTER SERVICES<br>16250 NORTHLAND DRIVE STE.<br>012<br>SOUTHFIELD  MI 48075-5290 | 13,752.37 | DISALLOWED |
| U | 000245 | BATH CLOUD INC<br>3387 Tournament Dr<br>Oceanside, CA 92056 | 2,151.00 | DISALLOWED |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

CH2 20199682.1

DATED: _____

_____
Gus A. Paloian, Trustee

CH2 20199682.1