UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| SILVO HARDWARE COMPANY | ) | CASE NO. 04-00038 CAD |
| | ) | |
| Debtor(s) | ) | HON. CAROL A. DOYLE |

Social Security/Employer Tax ID Number:    36-3147625

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors and other Parties in Interest:

1.  NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At:   US Bankruptcy Court, 219 S Dearborn St, Courtroom 742, Chicago, Illinois 60604

    on:   May 1, 2007
    at:   10:30 a.m.

2.  The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.  The Trustee's Final Report shows total:

    | | |
    |---|---:|
    | a. Receipts | $166,348.74 |
    | b. Disbursements | $98,108.00 |
    | c. Net Cash Available for Distribution | $68,240.74 |

4.  Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---:|---:|---:|
| GUS A. PALOIAN<br>Trustee Compensation | $0.00 | $7,485.00 | $0.00 |
| GUS A. PALOIAN, TRUSTEE<br>Trustee Compensation | $4,057.50 | $0.00 | $0.00 |
| UNITED STATES TRUSTEE<br>U.S. Trustee Quarterly | $0.00 | $0.00 | $4,250.00 |
| SEYFARTH SHAW LLP<br>Attorney for Trustee | $44,171.77 | $5,941.50 | $65.40 |

CH2 20200160.1

| | | | |
|---|---|---|---|
| POPOWCER KATTEN, LTD.<br>Accountant for Trustee | $0.00 | $4,509.00 | $0.00 |

5.  Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| COHEN GROSSMAN & ROSENSON<br>Special Counsel | $10,037.27 | $0.00 | $0.00 |
| FOSTER & KALLEN<br>Attorney for Trustee/D-I-P | $2,068.74 | $3,375.00 | $0.00 |
| NEAL GERBER & EISENBERG LLP<br>Attorney for D-I-P | $36,329.39 | $18,666.10 | $1,333.90 |

6.  In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7.  Claims of general unsecured creditors totaling $760,792.37 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 2.97%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | SUNPENTOWN INTERNATIONAL | $2,345.00 | $69.71 |
| 2 | SDI TECHNOLOGIES | $3,724.00 | $110.70 |
| 3 | WORLD SPORTS PRODUCTS, INC. | $2,141.98 | $63.67 |
| 4 | GLOBAL INSTRUMENTS LTD | $2,485.00 | $73.87 |
| 5 | VACU VIN INC. | $2,204.16 | $65.52 |
| 6 | ANGEL-GUARD PRODUCTS, INC. | $1,706.40 | $50.72 |
| 7 | PC TABLES LLC | $1,200.00 | $35.67 |
| 8 | BOLD INDUSTRIES, LLC | $2,229.78 | $66.28 |
| 9 | NIKWAX WATERPROOFING SYSTEMS | $286.29 | $8.51 |
| 10 | VARIETY INTERNATIONAL, INC. | $3,312.00 | $98.45 |
| 11 | GLENDALE, INC. | $360.00 | $10.70 |
| 12 | ENVIRO-DYNAMICS, INC. | $1,667.08 | $49.55 |
| 13 | VERMONT TIN COMPANY INC | $874.96 | $26.01 |
| 14 | GINA M. GRAHAM | $1,280.00 | $38.05 |
| 15 | O'BERRY ENTERPRISES INC. | $0.00 | $0.00 |
| 17 | BATH CLOUD INC | $2,151.00 | $63.94 |
| 18 | EASY WAY PRODUCTS | $4,610.97 | $137.06 |
| 19 | NEW HARBOUR, INC. | $49.76 | $1.48 |
| 20 | RUSSCO 111, INC. | $855.79 | $25.44 |

CH2 20200160.1

| | | | |
|---|---|---|---|
| 21 | TIERRA INTERNATIONAL, LLC | $802.44 | $23.85 |
| 22 | SEIKO CORPORATION OF AMERICA | $671.72 | $19.97 |
| 23 | LIN-CON MARKETING, INC. | $31,240.00 | $928.62 |
| 24 | ANDIS COMPANY | $3,649.18 | $108.47 |
| 25 | POOL SYSTEMS | $284.78 | $8.47 |
| 26 | TIERNAN OUTDOOR PRODUCTS | $1,797.50 | $53.43 |
| 27 | CEDAR CREEK ILLINOIS, INC. | $3,276.63 | $97.40 |
| 28 | SACSAVER, INC./NEXTEP | $840.00 | $24.97 |
| 29 | AROMA HOUSEWARES COMPANY | $1,239.30 | $36.84 |
| 30 | JJ INTERNATIONAL, INC. | $1,808.50 | $53.76 |
| 31 | AWARDS INC | $1,663.49 | $49.45 |
| 32 | WORLD MARKETING OF AMERICA INC | $1,346.00 | $40.01 |
| 33 | SHOWER EASE | $1,778.20 | $52.86 |
| 34 | AQUA PRODUCTS, INC. | $1,573.63 | $46.77 |
| 35 | THE HAMMOCK SOURCE | $181.59 | $5.40 |
| 36 | SPECIALTY MANUFACTURING CO. | $329.70 | $9.80 |
| 37 | K&H MANUFACTURING, INC. | $1,853.85 | $55.11 |
| 38 | BROILKING CORP. | $14,465.00 | $429.98 |
| 39 | POWERQWEST, INC. | $1,792.44 | $53.28 |
| 40 | LAKE/PACK ENTERPRISES, INC. | $134.16 | $3.98 |
| 41 | ADD-A-MOTOR, INC. | $2,373.42 | $70.55 |
| 42 | H.S.T. SYNTHETICS LIMITED | $1,710.40 | $50.84 |
| 43 | SITCOM | $2,734.66 | $81.29 |
| 44 | ARBOR HILL MANUFACTURING CO. | $760.33 | $22.60 |
| 45 | LOOKER INC. | $471.00 | $14.00 |
| 46 | CFM HARRIS SYSTEMS | $1,494.80 | $44.43 |
| 47 | CARLISS INDUSTRIES/INSTAND | $4,709.72 | $140.00 |
| 48 | GOLDEN GATE ENTERPRISES | $1,842.40 | $54.77 |
| 49 | PRESTIGE INC | $1,970.00 | $58.56 |
| 51 | DYNAMIC FRAMES INC. | $20,985.99 | $623.82 |
| 52 | ERGO SYSTEMS INC | $842.00 | $25.03 |
| 53 | THE CHRISTMAS LIGHT COMPANY | $1,295.36 | $38.50 |
| 54 | LOROMAN COMPANY, INC. | $5,483.85 | $163.01 |
| 55 | ELITE CREATIONS | $132.00 | $3.92 |
| 57 | MERCURY LUGGAGE/SEWARD TRUNK | $1,317.69 | $39.17 |
| 58 | SHOP-VAC CORPORATION | $8,740.00 | $259.80 |
| 59 | HYDAS INC. | $1,021.00 | $30.35 |
| 60 | POLDER, INC. | $8,295.66 | $246.59 |
| 61 | KINETIC DIVERSIFIED INDUSTRIES | $2,960.00 | $87.99 |
| 62 | B&W PRESS | $14,455.33 | $429.69 |
| 63 | ABACUS DIRECT CORPORATION | $5,593.62 | $166.27 |
| 64 | KLEAR-VU CORPORATION | $1,198.80 | $35.63 |
| 65 | INSTEP LLC | $138.26 | $4.11 |
| 66 | ROMAN, INC. | $13,442.53 | $399.59 |
| 67 | SANTA'S DRAWERS | $1,527.20 | $45.40 |
| 68 | PFC | $65.00 | $1.93 |
| 69 | GLOBE ELECTRIC COMPANY INC. | $5,130.00 | $152.49 |
| 70 | WHAT A WINDOW! | $100.00 | $2.97 |
| 71 | AMERICAN LAWN MOWER COMPANY | $731.70 | $21.75 |
| 72 | BERNZOMATIC DIV OF NEWELL OPERATING | $2,738.00 | $81.39 |
| 73 | ONE TECH, LLC. | $1,830.60 | $54.42 |
| 74 | AQUA ART ENTERPRISES, INC. | $126.44 | $3.76 |
| 75 | WHITEHALL PRODUCTS | $1,915.81 | $56.95 |

CH2 20200160.1

| # | Name | Amount | Amount 2 |
|---|---|---|---|
| 76 | THE STEP2 COMPANY | $5,783.88 | $171.93 |
| 77 | ARMATRON INTERNATIONAL, INC. | $4,475.14 | $133.02 |
| 78 | CADIE PRODUCTS CORPORATION | $4,038.80 | $120.05 |
| 79 | I.M.C.G. INC. | $721.00 | $21.43 |
| 80 | LUMATEC INDUSTRIES INC. | $818.47 | $24.33 |
| 81 | E BROOKMYER INC | $3,359.71 | $99.87 |
| 82 | CREATIVE HOME & HORT PROD INC | $300.45 | $8.93 |
| 83 | M. KAMINSTEIN, INC. | $1,793.50 | $53.31 |
| 84 | HEARTH KITCHEN COMPANY, INC. | $0.00 | $0.00 |
| 86 | BAHAMA SOUNDS LTD | $900.00 | $26.75 |
| 87 | DESA LLC | $5,616.00 | $166.94 |
| 88 | SOLAR STAT INTERNATIONAL | $7,909.32 | $235.11 |
| 89 | GEO CRAFTS, INC | $824.39 | $24.51 |
| 90 | ENCLUME DESIGN PRODUCTS, INC. | $437.48 | $13.00 |
| 91 | ODONNELL INDUSTRIES | $21,404.80 | $636.27 |
| 92 | CADENCE KEEN INNOVATIONS, INC. | $4,720.45 | $140.32 |
| 93 | CHICAGO TEXTILE CORPORATION | $2,229.20 | $66.26 |
| 94 | CENTRAL TRANSPORT INT, INC. | $107.99 | $3.21 |
| 95 | HEADWATERS, INC. | $3,252.00 | $96.67 |
| 96 | CRK COMPUTER SERVICES | $13,752.37 | $408.79 |
| 97 | HUNTER FAN COMPANY | $1,751.96 | $52.08 |
| 98 | H2OLY COW, INC. | $70.00 | $2.08 |
| 99 | BCS AMERICA LLC | $2,335.60 | $69.43 |
| 100 | CREATIVE ENTERPRISES | $2,649.76 | $78.77 |
| 101 | TALUS CORP. | $1,631.70 | $48.50 |
| 102 | MAGMA PRODUCTS, INC | $576.08 | $17.12 |
| 103 | GRAMPA'S GARDEN, INC. | $1,642.50 | $48.82 |
| 104 | MORNING INDUSTRY INC. | $7,116.28 | $211.53 |
| 105 | ALTURA INTERNATIONAL | $13,358.63 | $397.09 |
| 106 | SOLAR MASTERS | $5,580.00 | $165.87 |
| 107 | PEOTAGRAFX | $1,718.43 | $51.08 |
| 108 | COMFORT RESEARCH | $487.37 | $14.49 |
| 109 | ZIP JACK INDUSTRIES, LTD. | $23.72 | $0.71 |
| 110 | COSCO HOME AND OFFICE PRODUCTS | $2,914.25 | $86.63 |
| 111 | LAWNWARE PRODUCTS, INC. | $122.25 | $3.63 |
| 112 | SEABREEZE ELECTRIC CORPORATION | $1,933.92 | $57.49 |
| 113 | JP PRODUCTS LC | $1,402.50 | $41.69 |
| 114 | HAUSER LIST SERVICES, INC. | $477.01 | $14.18 |
| 115 | STACK A SHELF | $1,508.64 | $44.84 |
| 117 | FLEXI-MAT CORPORATION | $2,499.10 | $74.29 |
| 118 | MASTER MANUFACTURING CO. | $117.00 | $3.48 |
| 119 | LINEAR CORPORATION | $3,133.88 | $93.15 |
| 121 | RUIBAL'S TOPIARY SYSTEMS, INC. | $141.01 | $4.19 |
| 121 | RUIBAL'S TOPIARY SYSTEMS, INC. | $1,360.81 | $40.45 |
| 122 | MAILGUARD/NEOGENESIS INC. | $270.00 | $8.03 |
| 123 | KEYSTONE MANUFACTURING CO/DENI | $1,252.68 | $37.24 |
| 124 | MOKRYNSKI & ASSOCIATES INC. | $6,069.50 | $180.42 |
| 125 | STORM MASTER CORPORATION | $66.00 | $1.96 |
| 126 | LYNK INC. | $3,986.64 | $118.50 |
| 127 | MITEC, INC. | $1,997.75 | $59.38 |
| 128 | MOTHER'S RELIEF, INC. | $840.00 | $24.97 |
| 129 | MAVERICK MARKETING | $4,223.15 | $125.53 |

CH2 20200160.1

| | | | |
|---|---|---|---|
| 130 | CIT GROUP/COMMERICAL SERVICES INC | $5,021.40 | $149.26 |
| 131 | IMAGINE GOLD | $226.05 | $6.72 |
| 132 | JENSEN METAL PRODUCTS, INC. | $9,054.26 | $269.15 |
| 133 | LINON HOME DECOR PRODUCTS INC | $787.68 | $23.41 |
| 136 | QUEBECOR WORLD INC. (USA) | $4,751.90 | $141.25 |
| 137 | UNITED PARCEL SERVICE | $55,219.45 | $1,641.42 |
| 138 | LAMPLIGHT FARMS | $338.40 | $10.06 |
| 139 | CEQUAL PRODUCTS, INC. | $1,857.38 | $55.21 |
| 140 | DIVERSITECH | $443.75 | $13.19 |
| 142 | AERO PRODUCTS INTERNATIONAL | $3,246.90 | $96.52 |
| 143 | ISI NORTH AMERICA INC | $114.00 | $3.39 |
| 144 | MARPAC CORPORATION | $1,692.00 | $50.30 |
| 145 | TODAY'S PLASTICS | $653.89 | $19.44 |
| 146 | CONTICO MANUFACTURING COMPANY | $6,327.50 | $188.09 |
| 147 | TAYMOR INDUSTRIES INC. | $326.35 | $9.70 |
| 148 | OSWEGO ENTERPRISES | $149.40 | $4.44 |
| 149 | CHEF REVIVAL USA INC. | $1,386.23 | $41.20 |
| 150 | OPTEX INC. | $7,249.85 | $215.50 |
| 151 | AERO-TECH LIGHT BULB CO. | $3,908.43 | $116.18 |
| 153 | KETTLER INTERNATIONAL INC. | $291.83 | $8.67 |
| 154 | YAKTRAX, INC. | $2,353.25 | $69.95 |
| 158 | QUIKPAK, INC. | $1,288.48 | $38.30 |
| 159 | SUNPENTOWN INTERNATIONAL INC | $2,260.00 | $67.18 |
| 160 | PATIO LIVING CONCEPTS | $1,298.72 | $38.61 |
| 161 | OHIO DEPARTMENT OF TAXATION | $2,792.53 | $83.01 |
| 163 | TOP INNOVATIONS INC | $3,071.76 | $91.31 |
| 167 | GLOBAL POTTERY | $877.16 | $26.07 |
| 168 | STUDIO RTA | $1,423.68 | $42.32 |
| 169 | CHAMMYZ | $732.61 | $21.78 |
| 170 | INVENTIVE IDEA"S INC | $1,523.63 | $45.29 |
| 176 | CUBBIES UNLIMITED CORP. | $13,051.00 | $387.95 |
| 177 | DBL DISTRIBUTING, INC. | $1,658.41 | $49.30 |
| 178 | PLC COMPANY | $1,298.72 | $38.60 |
| 180 | FOCUS 12, IC | $0.00 | $0.00 |
| 182 | EXCALIBUR ELECTRONICS, INC. | $107.62 | $3.20 |
| 186 | DIK DRUG CO. | $1,852.31 | $55.06 |
| 193 | AQUAPORT USA | $7,500.00 | $222.94 |
| 194 | J.P. PRODUCTS L.C. | $1,402.50 | $41.69 |
| 196 | Adams MFG Corp | $381.12 | $11.33 |
| 197 | ZADRO PRODUCTS | $2,389.50 | $71.03 |
| 198 | ROCKS UNLIMITED INC. | $736.00 | $21.88 |
| 203 | COMMONWEALTH HOME FASHIONS | $3,502.30 | $104.11 |
| 207 | FREIGHTQUOTE.COM | $821.37 | $24.41 |
| 208 | POLAR WRAP, LLC | $3,591.36 | $106.75 |
| 214 | KRINNER USA | $2,045.00 | $60.79 |
| 215 | MARPAC HOUSE INC./KUCHENPROFI | $2,167.40 | $64.43 |
| 216 | COBRA CO MANUFACTURING INC | $998.00 | $29.67 |
| 217 | GENIE FULFILLMENT SERVICES LTD | $4,767.88 | $141.73 |
| 220 | VECTACOR | $372.00 | $11.05 |
| 221 | BRILL-SUNLAWN | $2,336.13 | $69.44 |

| | | | |
|---|---|---|---|
| 224 | YAKTRAX, INC. | $2,353.25 | $69.95 |
| 225 | SOUTH WEST IMPORTS | $203.50 | $6.05 |
| 227 | Calgon Carbon Corporation | $2,796.80 | $83.14 |
| 228 | PRINCESS INTERNATIONAL GIFTS | $638.40 | $18.98 |
| 229 | CLAIRION HOME CARE PRODUCTS | $4,771.66 | $141.84 |
| 230 | E Mishan & Sons Inc | $429.00 | $12.75 |
| 231 | SPARTAK ENTERPRISES INC. | $4,120.75 | $122.49 |
| 232 | REEL QUICK, INC. | $500.00 | $14.86 |
| 233 | Industrial Service Supply | $2,759.25 | $82.02 |
| 235 | SHAKE-AWAY | $492.25 | $14.63 |
| 236 | CITY OF CHICAGO | $150.00 | $4.46 |
| 237 | CITY OF CHICAGO | $156.25 | $4.64 |
| 238 | BETTER HOUSEWARE CORP. | $3,258.45 | $96.86 |
| 239 | THE DINGLEY PRESS | $184,184.66 | $5,474.96 |
| 240 | LUNA TECHNOLOGIES, INC. | $449.49 | $13.36 |
| 241 | CREATIVE RESPONSE, INC. | $2,614.65 | $77.72 |
| 242 | MEADPOND DESIGN | $1,218.00 | $36.21 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| ACCOUNTS RECEIVABLE | $119,631.27 |
| INVENTORY | $435,579.00 |

Dated: May 1, 2007                                                                                    For the Court,

By:   KENNETH S GARDNER
      Kenneth S. Gardner
      Clerk of the U.S. Bankruptcy Court
      219 S. Dearborn Street; 7th Floor
      Chicago, IL 60604

Trustee:     Gus A. Paloian
Address:    131 S. Dearborn
            Suite 2400
            Chicago, IL  60603
Phone No.:  (312) 460-5360

CH2 20200160.1

CH2 20200160.1